UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant | Case No. 6:20-cv-00075-ADA <br><br> **JURY TRIAL DEMANDED** |

**GOOGLE LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1
DISCLOSURE STATEMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ALAN ALBRIGHT:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Date: May 27, 2020

Respectfully submitted,

By: */s/ Bijal V. Vakil with permission, by Michael E. Jones*
Michael E. Jones
Potter Minton PC
110 N College, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Email: mikejones@potterminton.com

Bijal V. Vakil (CA Bar No. 192878)
(*admitted to the Western District of Texas*)
Eric Lancaster (*Pro Hac Vice*)
White & Case LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA  94306
Telephone:  (650) 213-0324
Email:  WCGoogleEcofactorWDTex@whitecase.com

1

                Shamita Etienne Cummings (CA Bar No. 202090)
(*admitted to the Western District of Texas*)
Michael J. Songer (*Pro Hac Vice*)
White & Case LLP
701 Thirteenth Street NW
Washington, DC 20005
Telephone:  (202) 626-6496
Email: WCGoogleEcofactorWDTex@whitecase.com

COUNSEL FOR GOOGLE LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 27, 2020, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

*/s/ Michael E. Jones*
Michael E. Jones

-1-