# Exhibit 2



## Aaron Berndt

Head of Energy Industry Partnerships at Google

Austin, Texas · 500+ connections

Google

University of Minnesota

[Join to Connect]

### About

When Google partners with your energy company, good things happen.

### Activity


Michigan IS a delight to work in. This one is for our utilities, contractors, customers and of course for our excellent extended team who make it...
Liked by Aaron Berndt


Extremely excited to share that Streem has partnered with Lowe's Companies, Inc. How you work has changed. To help contractors & consumers adapt,...
Liked by Aaron Berndt


It was great chatting with The New York Times about what Streem & Frontdoor, Inc. are doing in this new era of Tele-Medicine for Home Repairs! #ar...
Liked by Aaron Berndt

[Join now to see all activity]

### Experience

**Google**
2 years 3 months

**Head of Energy Industry Partnerships**
Jun 2019 – Present · 8 months
Austin, Texas Area
Responsible for developing and executing channel sales partnerships serving utilities and energy providers that leverage Google devices and services.

**Head of Central Region Energy Partnerships**
Jun 2019 – Present · 8 months
Austin, Texas Area
Shipping Google

**Head of Central Region Energy Partnerships**
Nest
Oct 2019 – Jun 2019 · 1 year 7 months
San Francisco Bay Area
Head of West Coast Energy Partnerships – Jan 17 – May 17
Energy Partnerships – West, Oct 15 – Dec 16

**Pacific Gas and Electric Company**
5 years 6 months

**Manager, Step Up and Power Down**
Sep 2014 – Oct 2014 · 1 year 1 month

**Manager, Commercial and Finance Programs**
Jun 2013 – Sep 2014 · 1 year 4 months
• P&L responsibility for annually achieving savings of ~50MW/250GWh/10MMth megawatts
• $110 million commercial EE program budget
• Integrate PG&E's EE Finance offerings – $50M revolving fund On Bill finance program and $35M finance plans
• Driving strategic direction of overall portfolio of commercial customer offerings, delivery methods, and continuous improvement opportunities
• 16-FTE direct reporting chain – program managers, key project leads, and business analysts

**Manager, Information Products**
Jan 2013 – Jun 2013 · 6 months

**Principal, Energy Information Platforms**
Apr 2011 – Jan 2013 · 1 year 10 months
Lead product manager for residential and commercial customer engagement platforms – Opower and C3

**Senior Product Manager, Energy Management Systems**
May 2010 – Mar 2012 · 1 year 11 months
• Manage data storage
• Energy management systems product roadmap and strategy
• PG&E product development and launch
• C3 platform lead – solution vision, team development, budget, contract management

**Product Marketing Summer Associate**
Serious Materials
Jun 2009 – Aug 2009 · 3 months
• Developed methodology to calculate product specific ROI, a high level assessment tool used for deal support, product management, and competitive analysis
• Supported creation of new product line targeted for weatherization assistance stimulus funding

**Materials and Process Manager**
AAI Acquisition Incorporated
Jun 2008 – Aug 2009 · 4 months
1 of 50, from previous 900 employees, recruited by private equity firm to consult on purchase of Adam Aircraft's assets. Identified key M&P project milestones and began staffing department to restart operations after new ownership.

**Adam Aircraft**
5 years 10 months

**Program Manager**
Jun 2008 – Jun 2008 · 2 years 2 months
• Owned outsourcing of all non-core composite components – $20M/year savings at rate. Staffed, lead, and mentored multi-departmental teams through each project phase
• Sourced and qualified additional suppliers of primary structural materials

**Mfg Business Analyst**
Jun 2008 – Jun 2008 · 1 year
Top-level manufacturing and cost modeling – production ramp rates, learning curves, headcount analyses, cash flow, and site planning

**Lead Materials and Process Engineer**
Oct 2003 – Jun 2005 · 1 year 9 months
• Company-wide technical M&P support– developed, documented, and trained advanced composite manufacturing procedures
• New material qualification and FAA approved design allowables

**Engineer – Materials**
Oct 2002 – Oct 2003 · 1 year
M&P specifications. Created new systems for material receiving, testing, and tracking.

**Engineering – Mechanical**
Intersery Corp
Jan 2001 – Aug 2002 · 1 year 8 months
Advanced lithography and flat panel display assembly equipment design

**Mechanical Engineering Co-op Student**
Jan 1999 – Dec 2000 · 2 years
HVAC design and drafting

### Education

**University of Minnesota**
BME - Bachelor of Mechanical Engineering
Activities and Societies: Formula SAE Race Engineer

**University of California, Berkeley – Walter A. Haas School of Business**
MBA - Management of Technology, Energy, Entrepreneurship
Activities and Societies: 2009 Mayfield Fund Fellow

### Groups

University of Minnesota Alumni Association (UMAA)

San Francisco Green Drinks

BERC (Berkeley Energy & Resources Collaborative)

IEEE Smart Grid

Young Professionals in Energy - YPE SF Bay Area

Energy Institute at Haas

Show 5 more groups

### Recommendations

A preview of what LinkedIn members have to say about Aaron:

Aaron possesses the rare combination that makes great product managers: he's got great technical skills, strong market acumen, good customer presence, wonderful cross-functional communications skills, and insightful prioritization. Most of all, he's dependable and drives projects to completion and beyond. He's been a pleasure to work with at PG&E; someone you want on your team for his enthusiasm, work ethic, and insight.

I was fortunate to work with Aaron on energy modeling projects in support of product development decisions during his MBA internship at Serious Materials. He was a great teammate — willing to exchange and debate ideas, quick to pick up new concepts, extremely adept with technical details, and calm and collected at all times. I hope our energy career paths cross again.

7 people have recommended Aaron

[Join now to view]

### View Aaron Berndt's full profile to

See who you know in common

Get introduced

Contact Aaron directly

[Join to view full profile]

© 2020    About    User Agreement    Privacy Policy    Cookie Policy    Copyright Policy    Brand Policy    Guest Controls    Community Guidelines    Language

### People also viewed


**Michael Terrell**
Director, Operations and Head of Energy Market Strategy at Google

**Abhishek Sharma**
Global Energy Investments@Amazon Web Services (AWS)

**Robert Blair**
Renewable Energy Executive


**Amy Fried**
Executive Recruiter - Energy, Efficiency and Utilities


**Simon Watson**
Helping utilities manage disruption and embrace innovation — Managing Director at EY


**Zack Grobstein**
Director of Utility Sales at MaxLite

**Jigar Shah**
LinkedIn Top Energy/Climate Voice | 2019 - Co-Founder at Generate Capital Inc.


**Dave Bryant**
Technology at CTC Global (ACCC Conductor)


**Jamie Staples**
Head of Key Energy Partnerships at Google

**Edward D. Naylor Jr.**
Section Manager at Con Edison

### Others named Aaron Berndt

**Aaron Berndt**
Senior Engineer at Target
Greater Minneapolis-St. Paul Area

**Aaron Berndt**
Graphic Designer at Metcash
Sydney, Australia


**Aaron Berndt**
Product Engineer at RAM
Indianapolis, Indiana Area

**Aaron Berndt**
Sr. Financial Systems Analyst
Greater Chicago Area

12 others named Aaron Berndt are on LinkedIn

[See others named Aaron Berndt]

### Add new skills with these courses

**Entrepreneurship**
Finding and Testing Your Business Idea

**Business Analysis:**
Business Benefits Realization

**Strategic Partnerships**

[See all courses]

### Aaron's public profile badge

Include this LinkedIn profile on other websites


**Aaron Berndt**
Head of Energy Industry Partnerships at Google

Head of Energy Industry Partnerships at Google

University of Minnesota

[View profile badges]