# Exhibit 3

### Zach Floca

Program Manager at Google Nest

Austin, Texas · 284 connections

 Google Nest

 The University of Texas at Austin

**Join to Connect**

## Experience

 **Program Manager**
Google Nest
Aug 2013 – Present · 6 years 11 months
San Francisco Bay Area
Welcome to the helpful home.

 **Apple Inc.**
5 years 9 months

**Product Feedback Senior Specialist**
Sep 2011 – Aug 2013 · 2 years
Austin, TX
•Coach Advisors and provide feedback
•Evaluate and analyze Advisors' notes
•Develop and deliver training

**Product Feedback Senior Advisor**
Jul 2010 – Aug 2011 · 1 year 2 months
Austin, Texas
Provide detailed information about customer contacts to Apple.

**Senior Advisor**
Dec 2008 – Jun 2010 · 1 year 7 months
Austin, Texas
Senior level technical troubleshooting and customer support for Apple products.

**Advisor**
Dec 2007 – Nov 2008 · 1 year
Austin, Texas
Technical troubleshooting and customer support for Apple products.

## Education

**The University of Texas at Austin**
Bachelor of Arts (B.A.) · Economics

**The University of Texas at Austin**
BA · Economics

## Groups

**APPLE TECHNOLOGY JOBS**

**TECHNOLOGY JOBS NETWORK - #1 IT Careers Group**

**George L. Clark Scholarship Fund**

**Apple - Current and Former Employees**

**Apple Professionals**

---

### View Zach Floca's full profile to

See who you know in common

Get introduced

Contact Zach directly

**Join to view full profile**

---

## People also viewed

 **Jason Grice**
Nest / Google / Alphabet

**Jenna Cafiero**
PgM, Google

 **John Mulder**
Extended Workforce | Alphabet and Google

 **Rachel Chambers**
DSSC Community Manager || Google Nest

 **Chelsea Weir**
Community Manager at Google

 **Ann Cuevas**
Head of Contact Center Operations at Nest

 **Nidhi Shah**
Senior Counsel at Google

 **Victor Bracht**
Enterprise Support Tech at Facebook

**Genio Borghi**
Manager, Contact Centers and Risk Management, Google Hardware at Google

**Grace Yang**
Community Manager, Stadia at Google

## Add new skills with these courses

**Building iOS Apps with AWS Mobile**

**Developing with Visual Studio Code**

**iOS 10: iPhone and iPad Essential Training**

**See all courses**

## Zach's public profile badge

Include this LinkedIn profile on other websites

**Zach Floca**
Program Manager at Google Nest

Program Manager at Google Nest

The University of Texas at Austin

**View profile**

**View profile badges**