Exhibit 4

**Linked**in | People ▾ | Justin | 🔍 | Join now | **Sign in**

## Justin Walker
Google Nest Product Specialist
Austin, Texas Area · 167 connections

G **Google**

⭐ **Texas State University-San Marcos**

**Join to Connect**

•••

## Experience

### Product Specialist
Google
Sep 2018 – Present · 1 year 10 months
Austin, Texas

Launch manager for new hardware, firmware, and product policy/procedures. Represents the voice of the customer and customer care through all phase-gates, and on to EFFA and reporting and analytics.

Subject matter expert and reviewer/approver for all product-related public and internal support content, including knowledge base and training material.

Create and maintain the customer relationship management taxonomy, to accurately classify and quantify user issues and...

Show more ⌄

### Support Engineering Program Manager
Nest
Jan 2016 – Sep 2018 · 2 years 9 months
Austin, Texas Area

Managed team of Support Engineers responsible for handling product bug and emerging issue triage and data analysis in collaboration with product engineering and quality.

Created process and standards for Nest Care reimbursements and legal considerations, saving the business over $300,000/yr and mitigating legal risk.

Established Nest Support customer and agent facing messaging and handling for account security and privacy risk and issues, as well as performed reporting,...

Show more

### Advanced Repair Agent
Geek Squad
Mar 2012 – Jan 2016 · 3 years 11 months
Austin, TX

• 3+ years of IT support experience
• Resolved computer hardware and software issues
• Advanced knowledge Windows, OSX, mobile platforms, and technology trends

## Education

### Texas State University-San Marcos
BS - Manufacturing Engineering
2010 – 2015
Activities and Societies: Society of Manufacturing Engineers

### The University of Texas at San Antonio
Mechanical Engineering
2008 – 2009

## Licenses & Certifications

### Certified Manufacturing Technologist
SME
Issued Apr 2015 · Expires Apr 2018
Credential ID 200460426
See credential

## Courses

Calculus III

Control Systems

Differential Equations

Engineering Analysis

Facilities Planning

Mechanical Design

Mechanics of Materials

Robotics
4399c

## Projects

### Senior Design/Capstone - Toyota Hood Lift
Aug 2015 – Present
1st Place Winners

Partnered with Toyota Motor Manufacturing TX to develop a safer and more ergonomic solution to streamline the painting process for the new Tacoma
• Developed concept and operations matrices
• Used AutoDesk Inventor and SolidWorks to model and simulate the new tool
• Created a cost analysis for the final product
• Created an FMEA for the new tool
• Designed for manufacture and assembly
• Created a work breakdown structure and Gantt Chart for the...

Show more

Other creators

### First Steps Pediatric Rehab Clinic Simulation
Mar 2015 – Mar 2015
This project analyzed the current utilization of the specialized therapists on staff and estimated the cost saving solution for the clinic. Using the ARENA simulation software, the model of First Steps Clinic is based on the servicing of its existing clientele. The model is setup for the duration of one year as 12 replications of a typical 20 day month. Multiple models are implemented to find the best solution to meet the customer demand.

Other creators

## Organizations

### Society of Manufacturing Engineers (SME)
Certified Manufacturing Technologist
Feb 2015 – Present

---

**View Justin Walker's full profile to**

See who you know in common

Get introduced

Contact Justin directly

**Join to view full profile**

---

## People also viewed

 **Isabel Rooney**
Merchant

 **Jennifer Castilleja**
Structural Engineer at Architectural Engineers Collaborative

 **Dakota Park**
Relationship Banking Officer, Associate Relationship Manager at Frost Bank

 **Joshua Garza**
Senior Brand Content Specialist at Academy Sports + Outdoors

 **Catherine Benton**
PMOC Compliance and Support Associate at Greystar

 **carmen chapa**
Management Coordinator at Greystar

 **Gail Hunnicutt**
Sales & Marketing Director at Holiday Retirement

 **Marisa Garza**
Administrative Assistant

 **Brenden Lopez**
Sales Sr. Zone Supervisor at PepsiCo

 **Maxi O. Ruth**
Treasury Analyst

## Others named **Justin Walker**

 **Justin Walker**
Recruitment Manager at Pure Barre
Orange County, California Area

**Justin Walker**
Management Consultant | MBA Candidate at The University of Chicago Booth School of Business
Greater Chicago Area

**Justin Walker**
IT SPECIALIST (CUSTSPT) at Department of Defense Education Activity (DoDEA) or (DoDDS)
Fayetteville, North Carolina Area

**Justin Walker**
Experience Board Member & Senior Vice President
United Kingdom

 **Justin Walker**
HR Director | Government Operations, Law & Global Compliance at Boeing
Washington D.C. Metro Area

887 others named Justin Walker are on LinkedIn

**See others named Justin Walker**

## Add new skills with these courses

Customer Advocacy

Product Management: Customer Development

Product Management: Building a Product Strategy

**See all courses**

## Justin's public profile badge
Include this LinkedIn profile on other websites

**Justin Walker**
Google Nest Product Specialist

Product Specialist at Google

Texas State University-San Marcos

View profile

**View profile badges**

---