# Exhibit 5

# Peter Grabowski

Austin Data Lead, Enterprise Machine Learning

Austin, Texas · 500+ connections

Google · University of California, Berkeley

## About

CompTIA Network+ Grants Advisory Member

Specialties: Familiar with C/C++, Unix, Java, Python, Django, SQL, Shortr, Spark, Hadoop

## Activity

6 followers

Tune in for my PHW Business World: Mt. Week presentation later this afternoon - "Bought, Don't Automate: Drawing Insights From Customer Feedback Using..."

Shared by Peter Grabowski

Looking forward to speeches by Carnegie Mellon University students over the years, but today's graduation ceremony certainly looked different...

Shared by Peter Grabowski

Join now to see all activity

## Experience

### Google
5 years 2 months

**Austin Site Lead, Enterprise Machine Learning**
Jun 2018 – Present · 1 year 7 months
Austin, Texas Area
We're building a new team of machine learning engineers down here in Austin

**Senior Software Engineer**
Dec 2017 – Jun 2018 · 6 months
Mountain View, California
Work on Google Assistant, including Natural conversation Assistant Apps, and Google New Venue Intelligence

### Instructor
University of California, Berkeley
Aug 2016 – Present · 3 years 5 months
I teach a graduate-level course, Applied Machine Learning, as part of Berkeley's Master's in Data Science

### Tech Lead/Manager, Data Integration
Yext
Mar 2015 – Sep 2017 · 2 years 7 months
Palo Alto, CA
Technical lead and manager for the Data Integration team at Yext. Responsible for planning and execution of short and long-term engineering goals for the team. Product areas cover both the data platform and the applications that run on it, including machine learning, business reporting, customer insights and ETL solutions

### Researcher
Center for Employment Policy
Jun 2012 – Mar 2013 · 10 months
Partnered with Dr. Two Troy, former Deputy Secretary of the U.S. Department of Health and Human Services
Created custom research application for identifying the percent of citizens at various time levels with downstream degrees. The resulting article was featured in NBC News, The Washington Post, Politico, Real Clear Politics, National Affairs, MPR and others
Drafted written testimony on economic contributions of the FDA that was accepted in the Senate, and developed Administration policy...
Show more

### Consultant
Bernard Associates LLC
Jan 2011 – Jun 2012 · 1 year 6 months
Strategy meetings and consultations with leading pharmaceutical companies

### Software Engineer
PHD Virtual Technologies
May 2011 – Dec 2011 · 7 months
Developed graphics-intensive data agnostic API with three person team to facilitate cross-platform compatibility, allowing for cross hyper-text backups and restores, as well as the elimination of redundant code
Developed C/ for new API, allowing QA to automate testing scripts, and Support to access new functionality of API while debugging with customers; without regard to hypervisor type

### Researcher
Hudson Institute
May 2010 – May 2011 · 1 year 1 month
Worked one-on-one work with Dr. Two Troy, former Deputy Secretary of the U.S. Department of Health and Human Services
Drafted op-eds pieces for NBC and NPR,
Brainstormed biotech/bio-safety policy, powered to the UN
Researched a variety of topics related to the FDA including "National Security Policy Proceedings" and "The Economics of the Agency: White Paper for the Alliance for a Stronger FDA"

### Researcher
Johns Hopkins Bayview Medical Center
Aug 2010 – Feb 2011 · 6 months
Guided patients through the research process, including PET and MRI scans as well as various psychiatric and neurocognitive testing batteries
Met regularly with the two doctors leading the lab, who kept us up to date with the latest research and made sure we had a working knowledge of the various neurological and pharmacological aspects of the study
Assisted three person biostatistics team with advancement of a series of NIH-LIB scripts used to analyze data from psychological experiments...
Show more

### Researcher
Morristown Memorial Hospital
May 2009 – Aug 2009 · 4 months
Wrote and presented "HHH: Similar Pilot brain, Disease Prostate Cancer Patients Have Higher Tumor Burden In addition to Larger Daily Oncologies Neighbor to to Increased Treatment Failure with External Beam Radiation" at the 2010 ASTRA conference in San Diego
Collected data on prostate cancer treatment techniques
Coordinated research with several oncology treatment teams, physicians
Worked one-on-one with Dr. James Wong, Director of Radiation Oncology, to brainstorm ideas for new treatment...
Show more

## Education

### University of California, Berkeley
Master's Degree, Data Science
2016 – 2018

### Princeton University
BSE - Computer Science (Neuroscience)
2007 – 2011
Activities and Societies — Founder and Director, VolunTek Benefit Concert Series; Blackbox Concert Series — Advisory; International Peer Advisor; Engineering Peer Interactor; Forbes College Council

### King's College London, School of Medicine
Semester Abroad
2010

## Publications

### Embedding AI in the Enterprise: Google's Blueprint
2019 at ... 2019

See publication

### Tackling high-value business problems using AutoML
KDD 2019 · December 5, 2019
At Yext, we have a broad array of data arriving every second, and managed infrastructure is key to minimizing operational overhead. Sam McHenry, Kevin Peterson, and Peter Grabowski look at building a pipeline to solve high-value business problems for more than one team across the organization, and more, covering on how they enable you to focus on an excellent customer experience all the way from a prototype to a production feature.

### Devaluing the Think Tank
National Affairs · December 5, 2011
One of the most peculiar, and least understood, features of the Washington policy process is the extraordinary dependence of policymakers on the work of think tanks. For most of these very follow politics closely, would probably struggle to name a think tank or to explain precisely what a think tank does. Yet over the past half century, think tanks have come to play a central role in American political and even in the surrounding political conduct

### Addressing health care under the Affordable Care Act
2013 ... Survey of Evidence, Technology, Ethics and Policy · June 1, 2011
Upon taking office, President Obama sought to address the myriad problems of the American health care system, an increasing percentage of GDP spent on health care, and limited access concerns. The issues raised here led to increased discussion of whether access to health care is a right, and what should be done about it. While health care may be a right in the sense that one cannot be denied to be refused, it may be better described as a good, and public policy should address it as such.
Show more

### Altered Nocturnal Neuroendocrine Function in Abstinent (±) 3,4-Methylenedioxymethamphetamine Users
Letters 8 applied mathematics · December 4, 2010
(±) 3,4-Methylenedioxymethamphetamine (MDMA, "Ecstasy") is a popular drug of abuse and a potent and selective brain serotonin (5-HT) neurotoxin in animals. A growing body of data indicates that humans are also susceptible to MDMA-induced neurotoxic effects, although whether functional consequences MDMA-induced 5-HT damage have not been fully characterized. Among the behavioral spheres that are modulated by brain 5-HT neurons, those regulated by circadian function, and a previous study found MDMA users to have slee...
Show more

### With Similar PSA level, Obese Prostate Cancer Patients have Higher Tumor Burden in addition to Larger Daily Prostate Shifts—Contributing to Increased Treatment Failure with External Beam Radiation
ASTRA · 2010
In a retrospective analysis of obese vs. non-obese patients...
Show more

## Projects

### Meal Planner
Sep 2012 – Present
Users surf on, meet this planner with a dilemma while planning oven meals. On the one hand, they want to maximize their chances of winning the meal, but they also want to ensure that no particular hues or opportunity to complain. Trying to find the perfect balance between the two can be tedious and time-consuming. The first meal you have planned up until now will keep it from happening, and that's the first meal that you have planned so far...
Show more

See award

## Honors & Awards

Guest Lecture — Berkeley Master's in Data Science, "Data Storage and Retrieval"
Berkeley MIDS
Mar 2017

## Languages

**English**
Native or bilingual proficiency

**French**
Limited working proficiency

## Groups

Healthcare Billing and Coding Association

Princeton University Alumni

Berkeley MIDS classmates

Voyagers & Dreams – Alphabet and Google Alumni & Employees

Princeton Engineering

View Peter Grabowski's full profile to

· See who you know in common
· Get introduced
· Contact Peter directly

Join to view full profile

### People also viewed

**Paul Sonneth**
Software Developer and CCO

**Sam Davis**
Sr. Manager, Software Engineering at Google Apps

**Jerry Polacz**
Founder at Secrets Euler-The Brothers

**Ethan Yousif Gelohli**
Artificial Intelligence and AWS

**Princeton Alessia**
Engineering Manager at Facebook

**Thomas Price**

**Richard Sutton**
Head of Operations for the Corporate Engineering at Google, Director of Professional Machine Learning Research, Senior Interface

**Wayne Gillis**
Principal Product Management

**Samer Davies**
Information Security Professional

Show all

### Others named Peter Grabowski

**Peter Grabowski**
Vice President at Topaz & Burst

**Peter Grabowski**
Information Security Professional

**Peter Grabowski**
det Schauspieler
dapman-resources-portfolio-oriente

**Peter Grabowski**
Chief Executive Officer at ClubHeartware

**Peter Grabowski**
Sales Engineer

Show others named Peter

### Add new skills with these courses

Understanding in Using Amazon DagsMaker

Building Recommender Systems with Machine Learning and AI

Essential Training

See all courses

### Peter's public profile badge

Include this LinkedIn profile on other websites

View public profile badges