# Exhibit 6

Case 6:20-cv-00075-ADA    Document 23-8    Filed 06/03/20    Page 2 of 2

People ▾    Michael    Ladner    🔍

Join now    Sign in





## Michael Ladner

G Google

Support Quality Program Manager at Google

Austin, Texas Area · 432 connections

**Join to Connect**

---

### Activity

Google named as the best place to work in 2017! https://lnkd.in/eiiYTAk

Shared by Michael Ladner

**Meet Nest Cam Outdoor**
Liked by Michael Ladner

---

### Experience

G  **Support Quality Program Manager**
Google
Apr 2014 – Present · 6 years 3 months
Austin, Texas Area

Nest Program Manager – Support Process, Engineering, & Program Manager
-March 2014–Present
-Manage the quality metrics for eight vendor contact centers (1000+ employees)
-Frequent travel to oversee the sites operations
-Develop reporting and dashboards for agents, managers, and site managers
-Oversee and develop quality metrics, attributes, scoring, etc...
-Responsible for purchasing/developing quality tools and development (Chat, Quality Forms, etc...)
-Manage our support...

Show more

**Apple**
7 years

**Carpe Facto Team Manager**
May 2007 – Apr 2014 · 7 years
-Responsible for the duality performance and operation of 16-22 direct reports
-Experience working with vendors
-Creating daily, weekly, and monthly plans of actions for Agents
-Developed Agents to reach their highest potential

**Carpe Facto Advisor**
2010 – Jul 2013 · 3 years

**T2 iOS Advisor**
May 2007 – 2010 · 3 years

---

### Groups

**Apple Professionals**

---

**View Michael Ladner's full profile to**

See who you know in common

Get introduced

Contact Michael directly

**Join to view full profile**

---

### People also viewed

 **Merrin Collins**
Program Manager at Google

 **Vinayak R.**
Program Manager at Google

 **Trevor Odom**
Program Manager at Apple | US Channel Sales Business Process Reengineering

 **Patrick Schramm**
Senior Support Engineer

 **Stephen Phillips**
Implementation Project Manager

 **Nicholas Adey**
Manager at Apple

 **Steven Wells**
Sales Support Specialist at Spectrum

 **David Morin**
Technology Enthusiast, Partnerships Manager & Creative Strategist

 **Steven Najera**
Site Support Engineer at Apple Inc.

 **Andy Bui**
Customer Support Specialist at SAP Concur

---

### Others named **Michael Ladner**

**Michael Ladner**
Chief Mechanic at Ensco plc
Hattiesburg, Mississippi Area

**Michael Ladner**
Owner, Michael Ladner, Inc.– General Contracting Services
Hawaiian Islands

**Michael Ladner**
Realtor, DRE#01937817. I'm easy to work with, but I'll always work hard for you!
Stockton, California Area

**Michael Ladner**
Rural Business Specialist at USDA, Rural Development
Jackson, Mississippi Area

46 others named Michael Ladner are on LinkedIn

**See others named Michael Ladner**

---

### Add new skills with these courses

macOS Sierra for IT Administrators

iOS 12: iPhone and iPad Essential Training

iCloud Essential Training

**See all courses**

---

### Michael's public profile badge

Include this LinkedIn profile on other websites

**Michael Ladner**
Support Quality Program Manager at Google

Support Quality Program Manager at Google

**View profile**

**View profile badges**

---

### View similar profiles

**Syed Jaffer Ali Shah**
Program Manager, Google Search

**Travis Knight, MPM**
Program Manager at Google

**Joseph Campbell**
Program Manager at General Dynamics Information Technology

**Mindy Greenberg**
Program Manager, Accessibility Engineering at Google Certified Professional Coach

**Larry Green**
Health and Performance, Global Service Delivery Lead at Google

**Ciara Gonzalez-Trinidad**
Manager, Inclusion Recruiting at LinkedIn

**Joshua Poulson, PMP®**
Enterprise Linux Platform Enablement Manager

**Julie Glixon**
Senior Program Manager at Microsoft

**Bradley Pierson**
Managing Director, Americas at Hays Talent Solutions

**Allison (Ally) Lee**
Program Manager at Twilio Inc.

---