# Exhibit 7

MENU

Account

**FOR THE EXCLUSIVE USE OF** SWILLIAMS@RAKLAW.COM

From the Austin Business Journal:
https://www.bizjournals.com/austin/news/2019/06/14/google-confirms-austin-expansion-will-begin-moving.html

# Google confirms Austin expansion, will begin moving in next year

Jun 14, 2019, 2:59pm CDT

As expected, Google Inc. is expanding in Austin. The technology giant confirmed June 14 it has leased up two yet-to-be-competed office buildings in downtown and on the east side.

Austin Business Journal previously reported that Google had leased 150,000 square feet at Saltillo in East Austin and the entire 35-story, 723,000-square-foot tower known as Block 185 rising downtown.

But this is the first official word from the California-based internet company that is a subsidiary of Alphabet Inc. (Nasdaq: GOOGL) although many questions remained unanswered.

Google also on June 14 said it would invest $600 million to develop a data center in Midlothian near Dallas.



PELLI CLARKE PELLI ARCHITECTS / STG DESIGN [STEELBLUE]
Block 185, which is entirely leased by Google, is under construction at West Cesar Chavez and Nueces streets. The 29-story building has a sail-like design.

"We are thrilled to be growing our Texas roots with our new $600 million data center in Midlothian and expanding presence in Austin," Andrew Silvestri, Google's head of public policy and community development in the Americas, said in a statement. "Texas has been an important home for Google since establishing our first Austin office in 2007, and we look forward to continued investment in the Midlothian community."

Google employees will begin moving into Saltillo at the beginning of next year to help accommodate immediate growth. Google expects to begin moving into Block 185 in 2023.

As Google expands, Silvestri told the Austin American-Statesman that the company will retain its offices at 500 W. Second St., which is adjacent to Block 185. He didn't say how many employees Google plans to hire in Austin, though, the space could accommodate more than 5,700, according to the Statesman — 5,000 in Block 185 and 700 in Saltillo.

"We are excited to welcome Google to our Block 185 project, deepening our real estate relationship with this world class company," Adam Nims, managing director of Trammell Crow Co. in Austin, said in a statement. "Their growth in Austin has been nothing short of spectacular, and we were thrilled to be selected to accommodate their expansion directly adjacent to our initial lease together at 500 West 2nd St. Google's lease solidifies their commitment to the Austin community and continues to reinforce the desirability of Austin's down-town core for high growth companies."

Google currently has more than 1,100 employees in Austin working on projects across Android, G Suite, Google Play, Cloud, staffing and recruiting, people operations, finance and marketing.

"The Lone Star State continues its emergence as a global technology hub thanks to an economic environment that encourages innovation and allows the free market to flourish," Gov. Greg Abbott said in a statement. "Time and again, companies like Google choose to invest in Texas because of our business-friendly practices and our talented workforce. Google's expansion in the city of Midlothian will create hundreds of jobs for Texans and contribute immensely to the brand of economic prosperity only found in Texas. I am grateful to Google for their continued investment in the Lone Star State and look forward to building on our already strong partnership."

**Erin Edgemon**
Staff Writer
*Austin Business Journal*

