# Exhibit 9



JOBS    STARTUPS    NEWS

# Google is opening new offices in Austin and a data center in Midlothian

BY **GORDON GOTTSEGEN**    |    JUNE 17, 2019



MICHAEL HSU OFFICE OF ARCHITECTURE

Google has big plans for expansion in Texas.



ATX

JOBS    STARTUPS    NEWS

Austin (pictured above). The second lease is for the entire Block 185 building, a 35-story sail-like tower with 723,000 square feet of space in downtown Austin (pictured below).

Google already has over 1,100 employees in Austin and it plans to hire even more, giving the company a serious appetite for office space. Google said it will begin moving employees into the Saltillo building in early 2020. Meanwhile, Block 185 is still being built. Google anticipates moving into that building in 2023.

### GOOGLE AUSTIN OFFICE LOCATIONS

Google is setting up an expansive office complex in the Saltillo office building in East Austin and the entire Block 185 building in downtown Austin.





JOBS    STARTUPS    NEWS

$600 million data center in Midlothian, just south of Dallas. The data center will host servers and hardware for billions of Gmail, YouTube and other Google app users from all over the world. This project will create hundreds of construction jobs and an unspecified number of full-time Google jobs.

In addition to the data center, Google announced a $100,000 grant to the Midlothian Independent School District to support the region's STEM curriculum.

Google has had roots in Texas ever since it opened its first Austin office in 2007, but other large tech companies have been expanding their presence here, too: Apple is developing a $1 billion campus in North Austin. Amazon is adding 800 jobs in Austin. And Facebook is leasing new construction projects as well.

> RELATED
>
> The Top Austin Tech Companies Hiring Now

"The Lone Star State continues its emergence as a global technology hub thanks to an economic environment that encourages innovation and allows the free market to flourish," Texas Governor Greg Abbott said in a statement about Google's expansion. "Time and again, companies like Google choose to invest in Texas because of our business-friendly practices and our talented workforce."

   

**AUSTIN STARTUP GUIDES**

LOCAL    GUIDE



JOBS    STARTUPS    NEWS



LOCAL GUIDE
Best Software Engineer Jobs in Austin

LOCAL GUIDE
Coolest Tech Offices in Austin

LOCAL GUIDE
Best Sales Jobs in Austin

SEE ALL GUIDES

Built In Austin is the online community for Austin startups and tech companies. Find startup jobs, tech news and events.

Built In. United We Tech.

© Built In 2019



JOBS   STARTUPS   NEWS

Contact Us

**ABOUT**

Our Story

Careers

Content Descriptions

Copyright Policy

**STAY CONNECTED**

Facebook

Twitter

LinkedIn

Privacy Policy

Terms of Use

Do Not Sell My Personal Info

**OUR COMMUNITIES**

Built In Boston

Built In Chicago

Built In Colorado

Built In LA

Built In NYC

Built In Seattle

Built In San Francisco

Built In