# Exhibit 10

 Careers

Find a job  Saved jobs  Job alerts



# Austin

**45** jobs available

View all jobs

Each one of our locations has its own flavor of Googleyness, featuring unique architecture and design, office traditions, and of course, snacks. But no matter which office you step into, you'll find Googlers building products that help create opportunities for everyone, whether down the street or across the globe. Every day these teams bring their insight, imagination, and a healthy disregard for the impossible. We're looking for future Googlers to build with us. Check out our open roles and apply today.

# Jobs

### Business Strategy
See 7 jobs

This site uses cookies from Google to deliver its services and analyze traffic.

Learn more    OK

☰  Careers ⋯

🔍 Find a job     Saved jobs     Job alerts

See 1 jobs

Sales, Service & Support

See 11 jobs

# Locations



# Stories

This site uses cookies from Google to deliver its services and analyze traffic.

Learn more     OK


Google Careers

Find a job  Saved jobs  Job alerts



Meet the Googlers who are enabling us to hire great people

Read more

This site uses cookies from Google to deliver its services and analyze traffic.

Learn more  OK

 Careers

Find a job　　　　　　　　　　　　　　　　　　　　　　　　Saved jobs　　Job alerts



What's it like to work at Google?

Watch the video

This site uses cookies from Google to deliver its services and analyze traffic.

Learn more　　OK


Google Careers

Find a job    Saved jobs    Job alerts



### Leading by example: Growing into management by helping others grow

Read more

Follow Life at Google on

This site uses cookies from Google to deliver its services and analyze traffic.

Learn more    OK



Equal Opportunity

Privacy    Terms

Help

This site uses cookies from Google to deliver its services and analyze traffic.

Learn more    OK