# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| ECOFACTOR, INC.,<br>          *Plaintiff*<br><br>-vs-<br><br>GOOGLE LLC,<br>          *Defendant* | § § § § § § § § § § | **6-20-CV-00075-ADA** |

| | | |
|---|---|---|
| ECOFACTOR, INC.,<br>          *Plaintiff*<br><br>-vs-<br><br>ECOBEE, INC.,<br>          *Defendant* | § § § § § § § § § § | **6-20-CV-00078-ADA** |

| | | |
|---|---|---|
| ECOFACTOR, INC.,<br>          *Plaintiff*<br><br>-vs-<br><br>VIVINT, INC.,<br>          *Defendant* | § § § § § § § § § § | **6-20-CV-00080-ADA** |

**ORDER GRANTING MOTION TO STAY CASE PENDING TRANSFER**

Before the Court is Google LLC, and ecobee, Inc.'s Motion to Stay Pending Transfer. -75 case, ECF #41; -78 case, ECF #39. Defendant Vivint, Inc. joined the motion. -80 case, ECF #39. After consideration of the motion, the Court finds that the motion should be GRANTED and that all pending deadlines are hereby stayed until the Court issues its orders regarding the Defendants' motion to transfer.

SIGNED this 14th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE