UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 6:20-cv-00075-ADA<br><br>JURY TRIAL DEMANDED |
| ECOFACTOR, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ECOBEE, INC.,<br><br>　　　　Defendant. | Case No. 6:20-cv-00078-ADA<br><br>JURY TRIAL DEMANDED |
| ECOFACTOR, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIVINT, INC.,<br><br>　　　　Defendant. | Case No. 6:20-cv-00080-ADA<br><br>JURY TRIAL DEMANDED |

**AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER
AND STIPULATED DISCOVERY ORDER**

　　Plaintiff, with Defendants' agreement, respectfully submits the attached proposed Protective Order and Stipulated Discovery Order for the Court's signature.

1

Dated:   April 20, 2021

/s/ *Reza Mirzaie*

Reza Mirzaie
Marc A. Fenster
Paul A. Kroeger
C. Jay Chung
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: 310-826-7474
Fax: 310-826-6991
rmirzaie@raklaw.com
mfenster@raklaw.com
prkoeger@raklaw.com
jchung@raklaw.com

**Counsel for Plaintiff EcoFactor, Inc.**

By: */s/ Bijal V. Vakil*
Michael J. Songer (*Pro Hac Vice*)
Shamita Etienne-Cummings (CA Bar No. 202090)
(*admitted to the Western District of Texas*)
White & Case LLP
701 Thirteenth Street NW
Washington, DC  20005
Telephone:  (202) 626-6496
Email: WCGoogleEcofactorWDTex@whitecase.com

Bijal V. Vakil (CA Bar No. 192878)
(*admitted to the Western District of Texas*)
White & Case LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA  94306
Telephone:  (650) 213-0324
Email:  WCGoogleEcofactorWDTex@whitecase.com

Michael E. Jones
Potter Minton PC
110 N. College, Suite 500
Tyler, TX  75702
Telephone:  (903) 597-8311
Email: mikejones@potterminton.com

**Counsel for Google LLC**

By: */s/ Daisy Manning*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
Wilson, Robertson & Cornelius P.C.
909 ESE Loop 323, Suite 400
Tyler, TX  75701
Telephone: (903) 509-5000
jainsworth@wilsonlawfirm.com

Timothy Carroll
Tim.carroll@dentons.com
Manny J. Caixeiro
Manny.caixeiro@dentons.com
Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL  60606

2

Telephone:  (312) 876 8000

Rudolph A. Telscher, Jr.
rudy.telscher@huschblackwell.com
Kara R. Fussner
Kara.Fussner@huschblackwell.com
Daisy Manning
daisy.manning@huschblackwell.com
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone: 314-480-1500

Ryan B. Hauer
Ryan.Hauer@huschblackwell.com
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: 312-526-1572

**Counsel for ecobee, Inc.**

By: */s/ Jonathan Hardt*
Fred I. Williams (Lead Attorney)
State Bar No. 00794855
fwilliams@wsltrial.com
Jonathan Hardt
State Bar No. 24039906
jhardt@wsltrial.com
Williams Simons & Landis PLLC
327 Congress Avenue, Suite 490
Austin, TX  78701
Telephone:  (512) 543-1354

Todd E. Landis (admitted *pro hac vice*)
State Bar No. 24030226
tlandis@wsltrial.com
Williams Simons & Landis PLLC
2633 McKinney Avenue, Suite 130 #366
Dallas, TX  75204
Telephone: (512) 543-1357

**Counsel for Vivint, Inc.**

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on April 20, 2021.

                                              */s/ Reza Mirzaie*
                                              Reza Mirzaie