UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 6:20-cv-00075-ADA |
| ECOFACTOR, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ECOBEE, INC.,<br><br>    Defendant. | Case No. 6:20-cv-00078-ADA |
| ECOFACTOR, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VIVINT, INC.,<br><br>    Defendant. | Case No. 6:20-cv-00080-ADA |

**JOINT REPORT ON NARROWING OF
<u>ASSERTED CLAIMS AND PRIOR ART REFERENCES</u>**

Plaintiff EcoFactor, Inc. ("EcoFactor") and Defendants Google LLC, ecobee, Inc., and Vivint, Inc. (collectively, "Defendants") hereby submit this Joint Report in accordance with the Court's Standing Order Governing Proceedings – Patent Cases and the Scheduling Order entered in each of the above-captioned cases.

1

There are three total patents asserted in the three above-captioned cases, although some patents are not asserted against all Defendants. In its infringement expert reports, EcoFactor asserts a total of 46 claims across the three asserted patents. In their invalidity expert report, Defendants assert a total of 47 prior art theories.

On November 3, 2021, the parties met and conferred to discuss narrowing the number of asserted claims and prior art references at issue. After this meeting, the parties further corresponded regarding potential narrowing and ultimately agreed to the following:

- For every claim that EcoFactor asserts, Defendants will assert no more than two prior art theories, where a "prior art theory" is defined as either a single reference or a unique combination.

- EcoFactor will assert no more than eight claims per patent, and no more than 18 claims total. EcoFactor agrees to identify the claims that it is dropping by November 12, 2021.

- Once EcoFactor identifies the claims that it is dropping, Defendants will have seven days to identify the prior art theories that they are dropping in response.

In addition, the parties will continue to communicate with one another regarding further narrowing of asserted claims and prior art as trial approaches.

Date: November 10, 2021

Respectfully submitted,

/s/ *Reza Mirzaie*
Reza Mirzaie
Marc A. Fenster
Paul A. Kroeger
James N. Pickens
Kristopher R. Davis
Minna Y. Chan
Matthew Aichele
Adam S. Hoffman
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: 310-826-7474
rak_ecofactor@raklaw.com

*Attorneys for Plaintiff EcoFactor, Inc.*

/s/ *Robert A. Van Nest*

ROBERT A. VAN NEST (admitted *Pro Hac Vice*)
LEO L. LAM (admitted *Pro Hac Vice*)
EUGENE M. PAIGE (admitted *Pro Hac Vice*)
R. ADAM LAURIDSEN (admitted *Pro Hac Vice*)
JENNIFER A. HUBER (admitted *Pro Hac Vice*)
KRISTIN HUCEK (admitted *Pro Hac Vice*)
ANNA PORTO (admitted *Pro Hac Vice*)
PATRICK E. MURRAY (admitted *Pro Hac Vice*)
GREGORY WASHINGTON (admitted *Pro Hac Vice*)
ERIC B. HANSON (admitted *Pro Hac Vice*)
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188
econest-kvp@keker.com

POTTER MINTON
Michael E. Jones (TX Bar No. 10929400)
mikejones@potterminton.com
Patrick C. Clutter (TX Bar No. 24036374)
patrickclutter@potterminton.com
110 N. College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

Shamita Etienne-Cummings
(*admitted to the Western District of Texas*)
Allen & Overy LLP
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 683-3810
GoogleEcofactorWDTX@AllenOvery.com

Bijal V. Vakil
(*admitted to the Western District of Texas*)
Eric Lancaster (admitted *Pro Hac Vice*)
Allen & Overy LLP
530 Lytton Avenue, 2$_{nd}$ Floor
Palo Alto, CA 94301
Telephone: (650) 388-1703
GoogleEcofactorWDTX@AllenOvery.com

*Attorneys for Defendant GOOGLE LLC*

Date: November 10, 2021

/s/ *Rudoph Tescher, Jr.*
Rudolph A. Telscher, Jr.
Missouri Bar No. 41072*
rudy.telscher@huschblackwell.com
Kara R. Fussner
Missouri Bar No. 54656*
kara.fussner@huschblackwell.com
Daisy Manning
Missouri Bar No. 62134*
daisy.manning@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314.480.1500 Telephone
314.480.1505 Facsimile

Ryan B. Hauer
Illinois Bar No.6320758*
ryan.hauer@huschblackwell.com
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
312.655.1500 Telephone
312.655.1501 Facsimile

*Admitted *Pro Hac Vice*

Jennifer P. Ainsworth
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
(903) 509-5000 Main
(903) 509-5001 Direct
(903) 509-5092 Fax
Email: jainsworth@wilsonlawfirm.com

Manny J. Caixeiro
VENABLE, LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310-229-9900
Fax: 310-229-9901

Email: MJCaixeiro@venable.com

Timothy J. Carroll
Vivian Sandoval
Steve M. Lubezny
VENABLE LLP
227 West Monroe Street, Suite 3950
Chicago, IL 60606
312-820-3400
Fax: 312-820-3401
Email: tjcarroll@venable.com
vsandoval@venable.com
smlubezny@venable.com

*Attorneys for Defendant ecobee, Inc.*

| | | |
|---|---|---|
| Dated:  November 10, 2021 | By: | */s/ Fred I. Williams* |

Fred I. Williams
fwilliams@wsltrial.com
Williams Simons & Landis PLLC
327 Congress Ave., Ste. 490
Austin, TX 78701
Tel: 521-543-1354

Todd E. Landis
tlandis@wsltrial.com
Williams Simons & Landis PLLC
2633 McKinney Ave., Ste. 130 #366
Dallas, TX 75204
Tel: 562-543-1357

John Wittenzellner
jwittenzellner@wsltrial.com
Williams Simons & Landis PLLC
1735 Market St., Suite A #435
Philadelphia, PA 19103
Tel: 512-543-1373

*Attorneys for Defendant Vivint, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record have been served electronically on November 10, 2021.

/s/ *Kristopher R. Davis*