**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ECOFACTOR, INC., | Civil Action No. 6:20-cv-00075 (ADA) |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

**GOOGLE LLC'S STATEMENT REGARDING MOOTNESS OF PLAINTIFF'S
MOTION TO STRIKE EXPERT OPINIONS ON NON-INFRINGING ALTERNATIVES**

Defendant Google LLC ("Google") files this statement in response to Plaintiff EcoFactor's ("EcoFactor") Motion to Strike Expert Opinions on Non-Infringing Alternatives (ECF 109 (unsealed version) and 110 (sealed version)).  Plaintiff's motion should be denied as moot because it concerns a non-infringing alternative that Google has agreed not to pursue or present at trial.

Specifically, EcoFactor's motion relates to a non-infringing alternative discussed in the Rebuttal Expert Report of Dr. Don Turnbull Regarding Non-Infringement of U.S. Patent Nos. 8,412,488, 8,738,327, and 10,534,382 ("Google's Non-Infringement Expert Report") and relied upon at paragraph 174 of the Expert Report of W. Todd Schoettelkotte Relating to EcoFactor's Damages ("Google's Damages Expert Report").  This non-infringing alternative was identified in EcoFactor's Motion: "the algorithm utilized by the HVAC Monitoring features could be modified to remove the use of calculated inside temperature and instead utilize a calculated enthalpy to represent both the indoor and outdoor environments."  ECF 109 at 1 (quoting Google's Non-Infringement Expert Report at ¶ 454).

On December 1, 2021, Google represented to EcoFactor in writing that Google no longer intended to rely on this non-infringing alternative at trial and asked EcoFactor to withdraw its motion on mootness grounds.  *See* Ex. A.  On December 2, 2021, EcoFactor responded, requesting that Google file a notice of non-opposition stating that the expert opinions concerning the modified design of the HVAC Monitoring algorithm that utilizes enthalpy were withdrawn "thereby mooting the motions."  *Id*.

Because the only relief sought in Plaintiff's Motion to Strike Expert Opinions on Non-Infringing Alternatives relates to a non-infringing alternative that utilizes enthalpy, which will not be pursued by Google in this case, this Court should deny EcoFactor's motion as moot.  *See,*

*e.g.*, *Click-to-Call Technologies LP v. Ingenico, Inc.*, 2021 WL 4692404, at *2 (W.D. Tex. Aug. 30, 2021) (denying motion to exclude expert testimony after granting motion for summary judgment of invalidity); *Kinetic Concepts, Inc. v. Bluesky Med. Corp.*, 2010 WL 11463274, at *1 (W.D. Tex. Oct. 18, 2010) (denying motion for judgment as a matter of law of no patent infringement as moot after ruling that the patents in suit were invalid as obvious); *Lemaire Illumination Technologies, LLC v. HTC Corp.*, 2019 WL 1489065, at *3 (E.D. Tex. Apr. 4, 2019) (denying motion for partial judgment on the pleadings as moot because it only addressed claims that had subsequently been disclaimed).

Date: December 3, 2021

Respectfully submitted,

By: */s/ Bijal V. Vakil*

Shamita Etienne-Cummings (CA Bar No. 202090)
(*admitted to the Western District of Texas*)
Allen & Overy LLP
1101 New York Avenue, NW
Washington, DC  20005
Telephone:  (202) 683-3810
Email:  GoogleEcofactorWDTX@AllenOvery.com

Bijal V. Vakil (CA Bar No. 192878)
(*admitted to the Western District of Texas*)
Eric Lancaster (admitted *Pro Hac Vice*)
Allen & Overy LLP
550 High Street, 2nd Floor
Palo Alto, CA  94301
Telephone:  (650) 388-1703

Anna Porto
Jennifer A. Huber
Kristin E. Hucek
Leo Lam
Matthias Kamber
Patrick E. Murray
Eugene M. Paige
Robert A. Van Nest
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA  94111-LLP
Telephone:  (415) 397-7188
econest-kvp@keker.com

Michael E. Jones
Potter Minton PC
110 N. College, Suite 500
Tyler, TX  75702
Telephone:  (903) 597-8311
Email: mikejones@potterminton.com

**Counsel for Google LLC**

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify

that, on December 3, 2021, all counsel of record who have appeared in this case are being served

with a copy of the foregoing via electronic mail.


Dated: December 3, 2021                                  */s/ Bijal V. Vakil*_____
                                                         Bijal V. Vakil