# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| ECOFACTOR, INC. | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00075-ADA |
| | § | |
| GOOGLE LLC | § | |

## ORDER RESETTING FINAL PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for FINAL PRETRIAL CONFERENCE by Zoom on January 25, 2022 at 01:30 PM .

IT IS SO ORDERED this 4th day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE