# Exhibit A-1

EcoFactor, Inc. v. Google LLC
6:20-cv-00075-ADA
Joint Exhibit List

| EX | Description | Bates BEG | Bates END | Sponsoring Witness | Date Withdrawn | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| JX-0001 | U.S. Patent No. 8,412,488 | EF_0013243 | EF_0013259 | | | | | |
| JX-0002 | U.S. Patent No. 8,738,327 | EF_0013642 | EF_0013659 | | | | | |
| JX-0003 | U.S. Patent No. 10,534,382 | | | | | | | |
| JX-0004 | U.S. Patent No. 8,412,488 File History | ECODCT_0000555 | ECODCT_0000764 | | | | | |
| JX-0005 | U.S. Patent No. 8,738,327 File History | ECODCT_0000765 | ECODCT_0001153 | | | | | |
| JX-0006 | U.S. Patent No. 10,534,382 File History | ECODCT_0000001 | ECODCT_0000272 | | | | | |