# EXHIBIT C-1

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC. | |
| Plaintiff, | Case No. 6:20-cv-00075-ADA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

## EXHIBIT C-1: PLAINTIFF ECOFACTOR'S DEPOSITION DESIGNATIONS

### A.    PRELIMINARY STATEMENT AND OBJECTIONS

Plaintiff EcoFactor, Inc. ("EcoFactor") hereby provides the following deposition designations, which includes objections, and counter-designations provided by Google. By including Google's objections and counter-designations, EcoFactor in no way agrees that Google's objections and/or counter-designations are proper. EcoFactor reserves all rights to dispute or respond to Google's objections and counter-designations. EcoFactor reserves the right to supplement, amend, or modify its deposition designations in connection with outstanding or forthcoming discovery.  EcoFactor further reserves its right to offer additional evidence at trial not identified in its deposition designations with respect to claims and defenses for which it does not carry the burden of proof.  EcoFactor further reserves its right to offer additional evidence at trial not identified in its deposition designations for purposes of impeachment and rebuttal.

Further, Google has listed a number of witnesses as "will call [live or by depo]" with a footnote stating that they reserve the right to have depo testimony admitted "should the need arise" due to the pandemic. EcoFactor objects to Google's failure to disclose whether

it intends to call the listed witnesses live, or by depo. EcoFactor has provided deposition designations for those witnesses that EcoFactor understands Google will likely not call live, while not providing designations for those witnesses EcoFactor understands Google will likely call live, but reserves all rights to designate deposition testimony for any other witness on Google's witness list that Google identifies it will not call live. To the extent any pandemic-related issues arise for any witnesses that are designated to testify live, the parties can address such issues at that point in time. EcoFactor reserves all rights to designate deposition testimony for any such witness should such a situation arise.

This list of deposition designations includes Google's served objections and counter-designations to EcoFactor's affirmative designations. Google's objection key is included below for reference:

| Abbreviations | Deposition Objections |
| --- | --- |
| R | Relevance (FRE 401) |
| LF | Lacks foundation |
| H | Hearsay (FRE 802) |
| A | Authentication (FRE 901) |
| 403 | Rule 403 (unduly prejudicial/inflammatory/confusing/waste of time/misleading) |
| P | Privileged |
| C | Rule of Completeness |
| 404(a) | Rule 404(a) (character evidence) |
| 1006 | Rule 1006 (summary of voluminous documents) |
| OR | Original Required (FRE 1002) |
| MIL/Daubert | Subject to MIL/Daubert |
| LP | Limited Purpose Only (FRE 105) |
| IER | Inadmissible expert report |
| UCDR/UCFR | Uncertified domestic or foreign record (FRE 902(11) & 902(12)) |
| 32(a) | FRCP 32(a) (does not comply with restrictions on use of depo testimony) |
| PK | Personal knowledge (FRE 602) |
| DO | Subject to objection to form of deposition question |

| 701 | Opinion testimony by lay witness (FRE 701) |
| 30(b)(6) | Outside the scope of the 30(b)(6) topics |

**B.    DEPOSITION DESIGNATIONS**

EcoFactor incorporates by reference the Preliminary Statement and Objections as if set forth fully herein.  EcoFactor further reserves the right to designate and present any deposition testimony that Google designates in its deposition designations. EcoFactor further reserves the right to designate and present any deposition testimony that contradicts, impeaches, explains, or in any way responds to any deposition testimony that Google designates in its deposition designations.  EcoFactor further reserves the right to designate and present deposition testimony for purposes of rebuttal and impeachment. Subject to and without waiving the foregoing rights and objections, EcoFactor provides the following preliminary deposition designations:

<u>**RAMYA BHAGAVATULA, PH.D.**</u>

<u>**GOOGLE, LLC 30(b)(6) Deposition Transcript**</u>

<u>**Dated: Wednesday, September 17, 2021**</u>

| Original Designation Start | Original Designations End | Objections to Original Designations | Counter Designations | Rebuttal Objections to Counter Designations |
|---|---|---|---|---|
| 7:15 | 7:16 | | | |
| 8:6 | 8:17 | DO, 30(b)(6) | | |
| 10:19 | 10:22 | DO, C | 10:8-10:11 | |
| 11:9 | 11:19 | | | |
| 12:22 | 13:8 | DO, 403 | | |
| 13:17 | 14:16 | DO, 403, C, 30(b)(6) | 14:17-15:2 | |
| 15:3 | 15:22 | 403 | | |

| 16:1 | 17:6 | 403, C | 17:8-17:16, 17:24-18:9, 18:19-18:21 | |
|------|------|--------|-------------------------------------|--|
| 19:1 | 19:25 | 403 | | |
| 20:6 | 20:13 | 403 | | |
| 20:16 | 20:22 | 403 | | |
| 21:1 | 21:2 | 403, DO, LF | | |
| 21:5 | 22:1 | 403, PK | | |
| 22:21 | 23:8 | 403, DC | | |
| 23:9 | 24:2 | 403, DO, LF | | |
| 24:5 | 24:5 | 403, DO, LF | | |
| 26:9 | 26:11 | 403, R, DO, PK, 30(b)(6) | | |
| 26:14 | 26:18 | 403, R, DO, PK, 30(b)(6) | | |
| 26:21 | 26:22 | R, 403, DO, 30(b)(6) | | |
| 27:2 | 27:3 | R, 403, DO, PK, 30(b)(6) | | |
| 27:6 | 27:6 | R, 403, DO, PK, 30(b)(6) | | |
| 27:11 | 27:25 | 403 | | |
| 28:6 | 28:11 | 403, DO, PK | | |
| 28:22 | 29:1 | 403 | | |
| 29:6 | 29:23 | 403, DO, PK, 30(b)(6) | | |
| 30:1 | 30:6 | R, 403, DO, PK, 30(b)(6) | | |
| 30:9 | 31:9 | R, 403, DO, PK, 30(b)(6) | | |
| 31:13 | 31:17 | 403, DO, PK, 30(b)(6) | | |
| 31:21 | 32:2 | R, 403, DO, PK, 30(b)(6) | | |
| 32:5 | 32:13 | R, 403, DO, LF, PK, 30(b)(6) | | |
| 32:16 | 34:21 | R, 403 | | |
| 37:15 | 38:1 | R, 403 | | |
| 38:13 | 38:16 | R, 403, DO, LF | | |
| 38:19 | 39:3 | R, 403, DO, LF, PK, 30(b)(6) | | |
| 39:6 | 39:25 | R, 403, DO, 30(b)(6) | | |
| 40:3 | 40:3 | R, 403, PK | | |
| 40:5 | 40:6 | R, 403, DO, LF | | |

| 40:9 | 40:17 | R, 403, DO, LF | | |
| 40:21 | 44:25 | R, 403, DO, LF | | |
| 45:2 | 46:8 | R, 403, DO, LF | | |
| 46:11 | 46:15 | R, 403, DO, LF | | |
| 50:8 | 50:16 | R, 403, C | 55:9-55:24, 57:3-57:10 | |
| 51:4 | 51:10 | R, 403 | | |
| 54:6 | 54:13 | R, 403 | | |
| 63:4 | 63:11 | R, 403 | | |
| 63:17 | 64:4 | R, 403 | | |
| 64:7 | 64:8 | R, 403, DO, LF, 30(b)(6) | | |
| 64:12 | 65:23 | R, 403, DO, PK, 30(b)(6) | | |
| 66:3 | 66:8 | 403, DO, LF, PK, C, 30(b)(6) | 66:9-66:9 | |
| 66:23 | 66:23 | 403, DO, LF, PK, 30(b)(6) | | |
| 67:10 | 68:1 | 403, DO, LF, PK, C, 30(b)(6) | 68:2-68:5 | |
| 70:15 | 70:17 | R, 403, DO, 30(b)(6) | | |
| 70:20 | 74:7 | R, 403, DO, LF, 30(b)(6) | | |
| 74:10 | 74:17 | R, 403, DO, LF, 30(b)(6) | | |
| 74:20 | 75:10 | 403, DO, LF, 30(b)(6) | | |
| 75:13 | 76:2 | 403, DO, LF, 30(b)(6) | | |
| 77:13 | 77:22 | R, 403 | | |
| 80:2 | 81:8 | R, 403 | | |
| 84:4 | 86:7 | R, 403 | | |
| 86:22 | 87:21 | R, 403 | | |
| 88:1 | 89:9 | R, 403, C | 89:10-89:25 | |
| 90:21 | 91:5 | R, 403 | | |
| 97:9 | 99:3 | R, 403, DO, LF | | |
| 100:10 | 104:6 | R, 403 | | |
| 106:2 | 106:23 | R, 403, PK | | |
| 107:14 | 109:5 | R, 403, OR | | |
| 109:14 | 110:1 | R, 403, OR, P | | |
| 110:7 | 110:10 | R, 403, DO, C | 110:13-110:16, 110:23-110:25 | |
| 111:1 | 111:10 | R, 403, DO, PK | | |
| 111:13 | 112:18 | R, 403, DO, PK | | |

| 113:1 | 115:15 | R, 403, PK | | |
|---|---|---|---|---|
| 117:8 | 117:22 | R, 403, PK | | |
| 117:25 | 120:5 | R, 403, DO | | |
| 120:9 | 120:5 | R, 403, DO, PK | | |
| 120:9 | 120:10 | R, 403, DO, PK | | |
| 121:12 | 123:10 | R, 403 | | |
| 123:20 | 124:24 | R, 403, C | 125:12-125:17 | |

**JOSH BUFFUM**

**GOOGLE, LLC 30(b)(6) Deposition Transcript**

**Dated: Friday, September 24, 2021**

| Original Designation Start | Original Designations End | Objections to Original Designations | Counter Designations | Rebuttal Objections to Counter Designations |
|---|---|---|---|---|
| 8:6 | 8:7 | | 12:13-12:18 | |
| 9:9 | 9:11 | | 13:2-13:7 | |
| 9:17 | 9:20 | | 13:14-13:20 | |
| 10:4 | 10:5 | | 13:21-14:15 | |
| 10:13 | 10:18 | | 16:6-16:12 | |
| 11:3 | 12:12 | C, DO, 403 | 17:9-17:16 | |
| 12:19 | 13:1 | C | 17:16-17:17 | |
| 14:16 | 15:10 | C | 17:25-18:5 | |
| 16:13 | 17:6 | C, DO, 403 | 19:3-19:7 | |
| 17:18 | 17:24 | C | 21:22-21:25 | |
| 18:20 | 19:2 | C, 403 | 23:19-23:21 | |
| 19:8 | 20:18 | C | 24:3-24:5 | |
| 20:25 | 21:10 | C, DO, 403, R | 24:6-25:5 | |
| 22:6 | 22:25 | C, R, 403 | 25:6-25:6 | |
| 23:6 | 23:17 | C | 25:17-26:1 | |
| 23:22 | 24:2 | C, DO | 26:8-26:18 | |
| 25:7 | 25:16 | C, DO | 27:1-27:4 | |
| 26:2 | 26:7 | C | 27:8-27:17 | |
| 26:19 | 26:23 | C, 403 | 29:16-29:18 | |
| 27:5 | 27:7 | C, 403, R | 32:24-33:7 | |
| 27:18 | 28:10 | C, DO, | 33:21-34:3 | |
| 28:21 | 29:6 | C | 34:10-34:13 | |
| 29:19 | 31:15 | C, DO, A | 44:14-44:24 | |
| 32:3 | 32:23 | C, A | 46:17-46:22 | |
| 33:8 | 33:20 | C, A, 403 | 53:10-53:21 | |
| 34:4 | 34:9 | C, 403 | 68:4-68:25 | |
| 34:14 | 34:16 | C, 403 | | |
| 40:15 | 41:13 | C, A, 1006 | | |
| 42:18 | 44:13 | C, A, 1006, 403, DO | | |
| 45:5 | 46:16 | C, A, 1006, 403, DO | | |
| 46:23 | 47:20 | C, A, 1006, 403 | | |

| 48:2 | 49:4 | C, A, 1006, 403, DO | | |
|---|---|---|---|---|
| 51:6 | 53:9 | C, R, 403, DO, 701 | | |
| 55:6 | 57:2 | C, 403, DO, A | | |
| 57:7 | 57:18 | C | | |
| 69:1 | 72:9 | C | | |
| 76:5 | 79:9 | C | | |
| | | | | |

**RUCHI DESAI**

**Individual & Google LLC 30(b)(6) Deposition Transcript**

**Dated: Wednesday, August 11, 2021**

| Original Designation Start | Original Designations End | Objections to Original Designations | Counter Designations | Rebuttal Objections to Counter Designations |
|---|---|---|---|---|
| 39: | 40:10 | R, DO | | |
| 41:6 | 41:18 | C | 40:18-40:22 | |
| 43:3 | 45:9 | R | | |
| 46:6 | 47:15 | R, DO | | |
| 126:5 | 126:25 | PK, LF | | |
| 128:1 | 128:25 | C, R, OR | | |
| 138:19 | 144:14 | R, F, PK, DO, C, OR | 144:15-144:20 | |
| 144:21 | 146:17 | R, F, PK, OR | | |
| 147:20 | 150:11 | R, F, PK, OR | | |
| 172:11 | 174:2 | R | | |
| 176:16 | 178:6 | R, F, PK | | |
| 178:19 | 178:25 | OR, Argumentative (611a) | | |
| 179:21 | 193:17 | H, R, DO, PK, F, C | 193:18-193:18 | |

**JEFF GLEESON**

**Deposition Transcript**

**Dated: Tuesday, May 19, 2021**

| Original Designation Start | Original Designations End | Objections to Original Designations | Counter Designations | Rebuttal Objections to Counter Designations |
|---|---|---|---|---|
| 15:14 | 15:24 | C | 15:25-16:11 | |
| 17:3 | 17:5 | | 18:19-18:24 | |
| 17:16 | 18:6 | | 29:19-30:13 | |
| 18:24 | 19:20 | C | 30:22-30:23 | |
| 28:11 | 28:20 | | 31:1-31:2 | |
| 326:14 | 326:17 | 403 | 31:8-32:3 | |
| 327:9 | 327:18 | C, 403 | 33:2-33:9 | 403, MIL/Daubert |
| 330:11 | 330:23 | R, DO, 403 | 33:12-34:4 | 403, MIL/Daubert |
| 331:1 | 332:22 | R, 403 | 34:8-34:10 | 403, MIL/Daubert |
| 333:4 | 333:18 | R, DO, 403 | 327:19-327:25 | 403 |
| 333:22 | 334:12 | R, 403, C | 334:15-334:16 | 403 |
| 337:18 | 339:9 | R, 403, OR, DO | 334:20-334:21 | 403 |
| 339:13 | 339:22 | R, 403 | 334:25-336:2 | 403 |

**SCOTT HUBLOU**

**Deposition Transcript**

**Dated: Tuesday, August 10, 2021**

| Original Designation Start | Original Designations End | Objections to Original Designations | Counter Designations | Rebuttal Objections to Counter Designations |
|---|---|---|---|---|
| 9:8 | 9:13 | | | |
| 16:8 | 16:14 | R, 403 | | |
| 17:19 | 18:3 | | | |
| 30:9 | 32:14 | R, 403 | | |
| 33:10 | 33:25 | R, 403 | | |
| 38:2 | 38:22 | R, 403, 701, OR | | |
| 40:13 | 43:3 | R, 403, 701, OR, C | 43:5-43:6 | |
| 43:7 | 43:13 | R, 403, 701, OR | | |
| 43:25 | 44:13 | R, 403, 701, OR | | |
| 45:19 | 46:16 | R, 403, 701, C | 45:13-45:18 | |
| 47:2 | 47:22 | R, 403, 701, C | 46:17-46:20 | |
| 48:6 | 49:14 | R, 403, 701, OR | | |
| 52:24 | 53:18 | R, 403, 701 | | |
| 55:3 | 56:5 | R | | |
| 56:18 | 57:24 | R, C | | |
| 58:24 | 59:17 | R | | |
| 59:24 | 60:10 | R, C | 59:18-59:23 | |
| 60:15 | 62:8 | R, LF, 701 | | |
| 64:14 | 65:7 | R | | |
| 65:16 | 65:25 | R, LF, 701 | | |
| 66:10 | 67:7 | R | | |
| 69:12 | 70:8 | R | | |
| 72:6 | 73:1 | R, DO | | |
| 75:4 | 75:14 | R | | |
| 77:5 | 78:11 | R, DO, LF | | |
| 82:21 | 83:8 | R, 403 | | |
| 83:18 | 86:19 | R, 701 | | |
| 87:5 | 90:16 | R, C, 403 | 86:21-87:1 | DO |
| 90:20 | 92:24 | R, DO, 701 | | |
| 93:4 | 94:3 | R, 403, 701 | | |
| 113:22 | 114:12 | R | | |
| 119:12 | 119:24 | R, C | 118:19-119:11 | |
| 128:11 | 130:17 | R | 126:23-127:19 | 403, 701 |

| 132:3 | 133:16 | R | | |
| 134:25 | 135:25 | R, C, 701 | | |
| 136:17 | 137:8 | C | 136:1-136:16 | 403, 701 |
| 139:11 | 140:10 | R | | |
| 141:8 | 141:21 | C | 140:22-141:1 | DO |
| 143:6 | 143:12 | R, 403 | | |
| 144:4 | 144:15 | R, 403, 701 | | |
| 144:22 | 148:15 | R, 403, 701 | | |
| 148:24 | 152:23 | R, 403, 702 | | |
| 153:7 | 153:9 | R | | |
| 154:19 | 158:4 | R, DO, LF, PK, 701 | | |
| 158:9 | 162:16 | R, 701, 403, DO, H, LF, PK | | |
| 162:20 | 163:1 | R, LF | | |
| 163:8 | 174:22 | R, LF, PK, H, 403, DO | | |
| 175:14 | 177:25 | R, C, DO, 701 | 174:24-175:13 | |
| 178:2 | 180:25 | R, C, 403, H, D0 | 178:1-178:1 | |
| 181:2 | 181:15 | R, 403 | | |
| 182:11 | 183:15 | R, 701, 403 | | |
| 183:24 | 186:24 | R, 701, 403 | | |
| 187:10 | 199:10 | R, LF, 403, 701, MIL/Daubert | | |

**DIA KHARRAT**
**Google LLC 30(b)(6) Deposition Transcript**
**Dated: Monday, August 30, 2021**

| Original Designation Start | Original Designations End | Objections to Original Designations | Counter Designations | Rebuttal Objections to Counter Designations |
|---|---|---|---|---|
| 7:12 | 8:3 | R, 403 | | |
| 8:13 | 9:18 | R, 403, C | 9:19-9:23 | |
| 10:3 | 10:13 | 403, C | | |
| 11:2 | 11:12 | 403, C, DO | 10:23-10:25 | |
| 11:14 | 11:14 | 403, DO | | |
| 12:22 | 13:10 | R, 403, C, DO | 13:11-13:14, 13:16-13:17 | |
| 14:12 | 14:20 | 403, DO | | |
| 14:22 | 15:11 | 403, DO | | |
| 15:13 | 15:19 | 403, DO | | |
| 15:21 | 15:22 | 403, DO | | |
| 16:8 | 16:17 | 403 | | |
| 16:24 | 17:1 | 403, DO, LF | | |
| 17:3 | 17:6 | 403, DO, LF | | |
| 17:8 | 17:23 | 403, DO | | |
| 17:25 | 18:6 | 403, DO | | |
| 18:8 | 18:12 | 403, C, DO, LF | 18:13-18:16, 18:18-18:19 | |
| 19:4 | 19:15 | 403 | | |
| 20:15 | 20:16 | 403, DO | | |
| 20:18 | 20:22 | 403, DO | | |
| 21:7 | 21:13 | 403 | | |
| 21:16 | 21:19 | 403 | | |
| 22:24 | 23:2 | 403, DO | | |
| 23:4 | 23:9 | 403, DO | | |
| 23:12 | 23:14 | 403, DO, 30(b)(6) | | |
| 23:17 | 23:22 | 403, DO, PK, 30(b)(6) | | |
| 23:25 | 24:8 | 403, DO, PK, 30(b)(6) | | |
| 24:10 | 24:22 | 403, DO | | |
| 25:7 | 25:25 | LR, 403 | | |
| 26:1 | 26:11 | LR, 403, DO | | |
| 26:13 | 26:15 | LR, 403, DO | | |

| 26:18 | 26:21 | LR, 403, DO | |
|---|---|---|---|
| 27:3 | 27:6 | LR, 403, DO | |
| 28:1 | 28:8 | 403 | |
| 28:21 | 28:23 | 403, DO, C, PK, 30(b)(6) | 28:17-28:20 |
| 28:25 | 29:5 | 403, DO, PK, 30(b)(6) | |
| 29:7 | 29:7 | 403, DO, PK, C, 30(b)(6) | 29:8-29:8 |
| 29:25 | 30:1 | 403, DO, PK, C, 30(b)(6) | 29:20-29:21, 29:23-29:23 |
| 30:3 | 30:5 | 403, DO, PK, C, 30(b)(6) | 30:7-30:7, 30:9-30:10 |
| 30:23 | 32:3 | 403, DO | |
| 32:5 | 32:12 | 403, DO | |
| 32:24 | 32:25 | 403, DO | |
| 33:2 | 33:16 | 403, DO | |
| 33:18 | 33:19 | 403, DO | |
| 33:21 | 34:5 | 403, DO, 30(b)(6) | |
| 34:8 | 34:13 | 403, DO, 30(b)(6) | |
| 34:15 | 35:8 | 403, DO, 30(b)(6) | |
| 35:11 | 35:22 | 403, DO, 30(b)(6) | |
| 35:25 | 36:10 | 403, DO, PK, 30(b)(6) | |
| 36:12 | 36:21 | 403, DO | |
| 36:23 | 37:4 | 403, DO | |
| 37:10 | 37:15 | 403, DO, C, PK | 37:9-37:9 |
| 38:20 | 38:21 | LR, 403, DO, PK, 30(b)(6) | |
| 38:24 | 39:4 | LR, 403, DO, PK, C, 30(b)(6) | 39:7-39:8 |
| 39:15 | 39:17 | LR, 403, DO, PK | |
| 39:19 | 39:25 | LR, 403, DO, PK, 30(b)(6) | |
| 40:3 | 40:23 | LR, 403, DO, PK, 30(b)(6) | |
| 40:25 | 41:9 | LR, 403, DO, PK | |
| 41:12 | 41:12 | LR, 403, DO | |

| 41:15 | 42:1 | 403, C | 42:2-42:6, 42:8-42:13 | |
|---|---|---|---|---|
| 42:14 | 42:17 | 403, DO | | |
| 42:19 | 43:3 | 403, DO | | |
| 43:5 | 43:22 | 403, DO | | |
| 43:24 | 43:25 | 403, DO | | |
| 44:2 | 44:3 | 403, DO | | |
| 44:5 | 44:12 | 403, DO | | |
| 44:14 | 44:23 | 403, DO | | |
| 45:4 | 45:14 | 403, DO | | |
| 45:16 | 45:25 | 403, DO, PK, 30(b)(6) | | |
| 46:3 | 46:7 | 403, DO, PK, 30(b)(6) | | |
| 46:9 | 46:10 | 403, DO, PK, 30(b)(6) | | |
| 47:11 | 47:13 | 403, DO | | |
| 47:11 | 47:13 | 403, DO | | |
| 47:15 | 47:16 | 403, DO | | |
| 49:7 | 49:8 | 403, DO, 30(b)(6) | | |
| 49:11 | 49:17 | R, 403, DO, 30(b)(6) | | |
| 49:19 | 49:23 | R, 403, DO, 30(b)(6) | | |
| 49:25 | 50:1 | R, 403, DO, 30(b)(6) | | |
| 50:19 | 50:21 | R, 403, DO, 30(b)(6) | | |
| 50:23 | 51:6 | R, 403, DO, 30(b)(6) | | |
| 51:8 | 51:14 | 403, DO, PK, 30(b)(6) | | |
| 51:16 | 51:20 | R, 403, DO, PK, 30(b)(6) | | |
| 51:23 | 52:4 | 403, DO, PK, 30(b)(6) | | |
| 52:7 | 52:21 | 403, DO, PK, 30(b)(6) | | |
| 52:24 | 53:2 | 403, DO, PK, 30(b)(6) | | |
| 53:5 | 53:8 | 403, DO, PK, 30(b)(6) | | |
| 53:10 | 53:17 | 403, DO, PK, 30(b)(6) | | |

| 53:20 | 54:1 | 403, DO, PK, 30(b)(6) | | |
|-------|------|------------------------|---|---|
| 54:4 | 54:10 | 403, DO, PK, 30(b)(6) | | |
| 54:12 | 54:15 | 403, DO, PK, 30(b)(6) | | |
| 54:18 | 54:23 | 403, DO, PK, 30(b)(6) | | |
| 55:1 | 55:4 | 403, DO, PK, 30(b)(6) | | |
| 55:7 | 55:19 | 403, DO, PK, 30(b)(6) | | |
| 55:22 | 55:25 | 403, DO, PK, 30(b)(6) | | |
| 56:2 | 56:4 | 403, DO, PK, 30(b)(6) | | |
| 56:6 | 56:7 | 403, DO, PK, 30(b)(6) | | |
| 57:25 | 58:1 | 403, DO, 30(b)(6) | | |
| 58:3 | 58:9 | R, 403 | | |
| 59:2 | 59:4 | R, 403, DO, 30(b)(6) | | |
| 59:6 | 59:13 | R, 403, DO, 30(b)(6) | | |
| 60:10 | 61:12 | 403, DO, PK, 30(b)(6) | | |
| 61:15 | 62:3 | 403, DO, 30(b)(6) | | |
| 62:5 | 62:16 | 403 | | |
| 63:5 | 63:6 | R, 403, C | 62:19-62:20, 62:22-62:24, 63:2-63:3 | |
| 63:8 | 63:9 | 403, DO, PK | | |
| 63:19 | 63:22 | 403, DO, PK, 30(b)(6) | | |
| 63:25 | 64:7 | 403, DO, PK, 30(b)(6) | | |
| 64:9 | 64:9 | 403, DO, 30(b)(6) | | |
| 64:13 | 64:14 | 403, DO | | |
| 64:16 | 64:16 | 403, DO | | |
| 64:25 | 65:16 | DO | | |
| 65:18 | 65:23 | DO | | |
| 65:25 | 66:1 | DO | | |

| | | | | |
|---|---|---|---|---|
| 66:3 | 66:20 | 403 | | |
| 67:2 | 67:9 | 403, DO | | |
| 67:11 | 67:15 | 403, DO | | |
| 67:17 | 67:8 | 403, C | | |
| 68:22 | 69:3 | 403 | | |
| 69:22 | 70:14 | 403 | | |
| 70:20 | 71:11 | 403, DO | | |
| 71:13 | 71:22 | 403, C | | |
| 73:6 | 73:14 | R, 403, C | 73:16-74:5, 74:7-74:10 | |
| 74:12 | 74:21 | 403, DO | | |
| 74:23 | 74:11 | 403, DO | | |
| 75:13 | 75:14 | 403, DO | | |
| 75:19 | 75:23 | 403, DO | | |
| 75:25 | 76:23 | 403, DO | | |
| 76:25 | 77:7 | 403 | | |
| 77:18 | 78:1 | 403, DO, 30(b)(6) | | |
| 78:3 | 78:6 | 403, DO, 30(b)(6) | | |
| 78:11 | 78:12 | 403, DO, PK, 30(b)(6) | | |
| 78:15 | 78:22 | 403, DO, PK, 30(b)(6) | | |
| 78:25 | 79:4 | 403, DO, PK, 30(b)(6) | | |
| 79:6 | 79:7 | 403, DO, PK, 30(b)(6) | | |
| 79:18 | 79:20 | 403, DO | | |
| 79:22 | 79:25 | 403, DO | | |
| 80:1 | 80:5 | 403, DO | | |
| 80:7 | 80:9 | 403, DO | | |
| 80:12 | 80:16 | 403, DO | | |
| 80:18 | 81:9 | 403, DO | | |
| 81:11 | 81:12 | 403, DO | | |
| 81:14 | 81:18 | 403, DO | | |
| 81:20 | 82:17 | 403, DO | | |
| 82:19 | 82:21 | 403, DO | | |
| 82:23 | 82:25 | 403 | | |
| 83:4 | 83:8 | 403, DO | | |
| 83:10 | 83:24 | 403, DO | | |
| 84:13 | 84:17 | 403, DO, C | | |
| 84:19 | 84:20 | 403, DO, C | 84:22-84:24, 85:1-85:3 | |
| 85:5 | 85:7 | 403, DO | | |

| 85:9 | 85:16 | 403, DO | | |
|------|-------|---------|---|---|
| 85:18 | 85:19 | 403, DO | | |
| 86:4 | 86:5 | 403, DO | | |
| 86:7 | 86:11 | 403, DO, PK, 30(b)(6) | | |
| 86:14 | 86:21 | 403, DO, PK, 30(b)(6) | | |
| 86:23 | 86:25 | 403, DO, PK, C, 30(b)(6) | 87:2-87:4, 87:6-87:10, 87:12-87:17, 87:19-87:24, 88:2-88:3 | |
| 88:5 | 89:18 | 403, DO | | |
| 89:20 | 89:22 | 403, DO | | |
| 89:25 | 90:2 | 403, DO | | |
| 90:4 | 90:5 | 403, DO | | |
| 90:16 | 90:20 | 403, DO | | |
| 90:22 | 91:5 | 403, DO | | |
| 91:7 | 91:10 | 403, DO | | |
| 91:12 | 91:16 | 403, DO, PK, 30(b)(6) | | |
| 91:19 | 91:20 | 403, DO, PK, 30(b)(6) | | |
| 91:22 | 91:22 | 403, DO, PK, 30(b)(6) | | |
| 92:5 | 92:8 | 403, DO, PK, 30(b)(6) | | |
| 92:11 | 92:21 | 403, DO, 30(b)(6) | | |
| 92:23 | 92:23 | 403, DO | | |
| 92:25 | 93:2 | 403, DO, PK, 30(b)(6) | | |
| 93:5 | 93:7 | 403, DO, PK, 30(b)(6) | | |
| 94:8 | 95:14 | DO | | |
| 95:16 | 96:2 | 403, DO | | |
| 96:4 | 96:14 | 403, DO | | |
| 96:17 | 96:18 | 403, DO, PK, 30(b)(6) | | |
| 96:21 | 96:24 | 403, DO, PK, 30(b)(6) | | |
| 97:2 | 97:8 | 403, DO, PK, 30(b)(6) | | |
| 97:10 | 97:17 | 403, DO | | |
| 97:19 | 97:19 | 403, DO, C | 97:21-97:21, 97:23-97:25 | |

18

| 98:2 | 98:4 | 403, DO | | |
|------|------|---------|--|--|
| 98:6 | 98:23 | 403, DO | | |
| 99:1 | 99:15 | 403 | | |
| 100:4 | 100:18 | 403 | | |
| 100:24 | 101:11 | 403, DO, PK, 30(b)(6) | | |
| 101:14 | 101:18 | 403, DO, PK, 30(b)(6) | | |
| 101:21 | 101:22 | 403, DO, PK, C, 30(b)(6) | 102:1-102:3, 102:6-102:7 | |
| 101:24 | 101:24 | 403 | | |
| 102:9 | 102:10 | 403, DO, PK, 30(b)(6) | | |
| 102:13 | 102:21 | 403, DO, PK, 30(b)(6) | | |
| 102:24 | 104:14 | 403, DO, PK, 30(b)(6) | | |
| 104:16 | 105:23 | 403, DO, 30(b)(6) | | |
| 105:25 | 106:8 | 403, DO | | |
| 106:10 | 106:23 | 403, DO | | |
| 106:25 | 107:6 | 403, DO | | |
| 107:8 | 107:13 | 403, DO, PK, 30(b)(6) | | |
| 107:16 | 108:2 | 403, DO, PK, 30(b)(6) | | |
| 108:5 | 109:6 | 403, DO, PK, 30(b)(6) | | |
| 109:8 | 109:11 | 403, DO | | |
| 109:22 | 109:23 | 403, DO, PK, 30(b)(6) | | |
| 110:1 | 110:5 | 403, DO, PK, 30(b)(6) | | |
| 110:7 | 110:8 | 403, DO, PK, 30(b)(6) | | |
| 111:1 | 111:23 | 403, DO, PK, 30(b)(6) | | |
| 112:1 | 112:17 | 403, DO, PK, 30(b)(6) | | |
| 112:19 | 113:7 | 403, DO, PK | | |
| 113:9 | 113:18 | 403, DO | | |
| 113:20 | 114:2 | 403, DO | | |
| 114:4 | 114:10 | 403, DO | | |
| 114:12 | 114:16 | 403, DO, PK, 30(b)(6) | | |

| 114:19 | 115:18 | 403, DO, PK, 30(b)(6) | | |
| 115:20 | 115:25 | 403, DO, PK, 30(b)(6) | | |
| 116:3 | 116:21 | 403, DO, 30(b)(6) | | |
| 117:8 | 117:9 | 403, DO, 30(b)(6) | | |
| 117:12 | 117:14 | 403, DO, 30(b)(6) | | |
| 117:17 | 117:20 | 403, DO, 30(b)(6) | | |
| 117:23 | 118:3 | 403, DO, 30(b)(6) | | |
| 118:5 | 118:10 | 403, DO, PK, 30(b)(6) | | |
| 118:13 | 118:17 | 403, DO, PK, 30(b)(6) | | |
| 118:20 | 118:24 | 403, DO, PK, 30(b)(6) | | |
| 119:1 | 119:9 | 403, DO, 30(b)(6) | | |
| 119:11 | 119:14 | 403, DO, PK, 30(b)(6) | | |
| 119:17 | 119:18 | 403, DO, PK, 30(b)(6) | | |
| 119:22 | 119:24 | 403, DO, PK, 30(b)(6) | | |
| 120:2 | 120:7 | 403, DO, PK, 30(b)(6) | | |
| 120:10 | 120:14 | 403, DO, PK, 30(b)(6) | | |
| 120:17 | 120:22 | 403, DO, PK, 30(b)(6) | | |
| 120:24 | 121:1 | 403, DO, PK, 30(b)(6) | | |
| 121:4 | 121:8 | 403, DO, PK, 30(b)(6) | | |
| 121:11 | 121:15 | 403, DO, PK, 30(b)(6) | | |
| 121:17 | 121:21 | 403, DO, PK, 30(b)(6) | | |
| 121:24 | 122:5 | 403, DO, PK, 30(b)(6) | | |
| 122:8 | 122:10 | 403, DO, PK, 30(b)(6) | | |

**JAMES MACCOUN**

**Google LLC 30(b)(6) Deposition Transcript**

**Dated: Wednesday, August 4, 2021**

| Original Designation Start | Original Designations End | Objections to Original Designations | Counter Designations | Rebuttal Objections to Counter Designations |
|---|---|---|---|---|
| 11:24 | 13:6 | | | |
| 66:2 | 66:9 | | | |
| 66:12 | 66:25 | | 59:25-63:20; 65:3-65:9; 65:11-65:25 | |
| 68:20 | 69:1 | | | |
| 121:8 | 122:7 | | | |
| 122:17 | 124:4 | H, R | 124:5-124:19; 126:8-126:12; 126:13-128:4 | |
| 130:12 | 130:17 | | 126:8-126:12; 126:13-128:4 | |
| 148:12 | 148:25 | | | |
| 149:21 | 149:24 | DO | | |
| 150:2 | 150:7 | DO | | |
| 150:9 | 150:10 | DO | | |
| 150:12 | 150:18 | DO, 701 | | |
| 150:22 | 151:18 | DO, 701 | | |
| 152:20 | 152:22 | DO | | |
| 152:24 | 153:6 | DO, 701 | | |
| 153:9 | 153:10 | DO, 701 | | |
| 153:23 | 153:25 | | | |

### SCOTT McGARAGHAN

### Individual & Google LLC 30(b)(6) Deposition Transcript

### Dated: Wednesday, August 24, 2021

| Original Designation Start | Original Designations End | Objections to Original Designations | Counter Designations | Rebuttal Objections to Counter Designations |
|---|---|---|---|---|
| 11:20 | 11:21 | | 12:7-12:11 | |
| 12:1 | 12:5 | | | |
| 12:13 | 13:8 | | | |
| 27:19 | 27:25 | R | 28:1-28:3; 28:5-28:8 | |
| 28:10 | 28:14 | R, 403 | 28:1-28:3; 28:5-28:8 | |
| 28:16 | 28:19 | R, 403 | 29:7-29:15 | |
| 28:21 | 29:3 | R, 403 | 29:7-29:15 | |
| 37:22 | 38:8 | R, 403 | 38:15-38:23 | |
| 39:10 | 39:12 | R, 403, PK, DO | | |
| 39:17 | 40:4 | R, 403, PK, DO | | |
| 40:7 | 40:17 | R, 403, PK, DO | | |
| 41:19 | 42:6 | | 42:7-42:11 | |
| 43:7 | 43:16 | R, 403, PK | | |
| 44:12 | 44:13 | R, 403, PK | | |
| 44:16 | 46:11 | R, 403, PK | | |
| 46:14 | 46:20 | R, PK, DO, 30(b)(6) | | |
| 47:2 | 47:8 | R, PK, DO, 30(b)(6) | | |
| 47:12 | 47:13 | R, PK, DO | | |
| 53:25 | 54:17 | | | |
| 55:4 | 56:11 | R, 403, PK | 56:20-56:23 | |
| 56:13 | 56:18 | R, 403, PK | 56:20-56:23 | |
| 57:16 | 58:15 | R, PK, 30(b)(6) | 57:8-57:11; 57:13-57:14 | |
| 62:2 | 62:10 | | 62:12-62:19 | |
| 62:20 | 62:22 | | 62:12-62:19 | |
| 63:3 | 63:18 | R, 403, PK, OR | | |
| 63:20 | 64:10 | R, 403, PK, OR | | |
| 64:12 | 67:1 | R, 403 | 67:2-67:15 | 403 |

| 67:16 | 67:21 | R, 403, H | 67:2-67:15;<br>67:22-68:12;<br>68:14-68:23;<br>68:25-69:24;<br>80:2-80:9 | |
| 71:15 | 71:17 | R, 403, H | 72:4-72:11 | |
| 71:21 | 72:3 | R, 403, H | 72:4-72:11 | |
| 73:11 | 74:4 | R, 403 | 76:17-76:25,<br>77:2-77:4; 77:8-<br>77:22; 79:8-<br>79:18; 82:5-<br>82:6; 82:12-<br>82:16 | 403 |

## MICHAEL MAIGRET

### ECOBEE, INC. 30(b)(6) Deposition Transcript

### Dated: Wednesday, September 3, 2021

| Original<br>Designation<br>Start | Original<br>Designations<br>End | Objections to<br>Original<br>Designations | Counter<br>Designations | Rebuttal<br>Objections to<br>Counter<br>Designations |
|---|---|---|---|---|
| 21:21 | 22:7 | R, MIL/Daubert | | |
| 22:17 | 23:16 | R, MIL/Daubert | | |
| 29:19 | 29:25 | | | |
| 48:22 | 48:24 | R, MIL/Daubert | 50:23-51:1,<br>53:12-55:3 | |
| 61:16 | 62:18 | R, MIL/Daubert | | |
| 69:6 | 69:25 | | | |