# Exhibit C-2

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| ECOFACTOR, INC., | Civil Action No. 6:20-cv-00075 (ADA) |
| Plaintiff, | |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

**DEFENDANT GOOGLE LLC'S DEPOSITION DESIGNATIONS**

1779045

Pursuant to the Court's procedures and Scheduling Order, Defendant Google LLC ("Google") hereby discloses its initial deposition designations, attached hereto as Attachment A. Google's initial designations are based on the arguments it expects to make in support of issues where Google bears the burden of persuasion (e.g., affirmative defenses), as well as Google's understanding of the evidence and arguments that Plaintiff is likely to present on the issues where Plaintiff bears the burden of persuasion.  Google reserves the right to make additional designations that are responsive to those submitted by Plaintiff, including both separate designations responsive to those submitted by Plaintiff as well as supplemental designations necessary for completeness of those submitted by Plaintiff.  To the extent that Plaintiff intends or attempts to rely on evidence and/or to make different or additional arguments from those timely disclosed by Plaintiff, Google may further supplement or amend its deposition designations or move to strike the designations submitted by Plaintiff.  Additionally, Google's initial designations are based on the current status of the case, including the witness list Plaintiff has disclosed.  Google expressly reserves the right to amend or supplement these designations if circumstances change and Plaintiff indicates it no longer intends to call a particular witness or its witness list changes in another way.

Google reserves the right to supplement, amend, or withdraw designations in light of any future rulings by the Court or other evidentiary objections raised by the parties prior to trial. Further, these deposition designations are made subject to Google's objections to Plaintiff's attempt to introduce certain evidence, including as set forth in Google's motions *in limine*.  Google's inclusion of certain deposition designations does not waive and is explicitly subject to Google's objections to the admission of certain related evidence and constitutes a reservation of rights to present the designated testimony at trial if Google's motions *in limine* are

not granted.  In addition, Google's inclusion of any deposition designation is not an admission that the testimony is relevant or admissible for all purposes or under any circumstances, nor is it an admission that it would be admissible if offered by Plaintiff.  Google reserves all rights to object to Plaintiff's use of any deposition testimony listed herein.

Google's initial designations do not constitute or reflect any commitment that Google will present deposition testimony at trial from any particular witness or that it will present the entirety of its initial designations for any witness.  Google's initial designations also do not constitute or reflect a waiver of any evidentiary objection or an admission by Google that any particular testimony by any witness should be admitted at trial.

///

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Dated:  December 15, 2021

By: */s/ Jennifer A. Huber*

Shamita Etienne-Cummings
(*admitted to the Western District of Texas*)
Allen & Overy LLP
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 683-3810
GoogleEcofactorWDTX@AllenOvery.com

ROBERT A. VAN NEST
LEO L. LAM
EUGENE M. PAIGE
R. ADAM LAURIDSEN
JENNIFER A. HUBER
KRISTIN HUCEK
PATRICK E. MURRAY
ANNA PORTO
GREGORY WASHINGTON
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188
econest-kvp@keker.com

Bijal V. Vakil
(*admitted to the Western District of Texas*)
Eric Lancaster (admitted *Pro Hac Vice*)
Allen & Overy LLP
530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301
Telephone: (650) 388-1703
GoogleEcofactorWDTX@AllenOvery.com

POTTER MINTON
Michael E. Jones (TX Bar No. 10929400)
mikejones@potterminton.com
Patrick C. Clutter (TX Bar No. 24036374)
patrickclutter@potterminton.com
110 N. College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

Attorneys for Defendant
GOOGLE LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2021, the foregoing was served on all counsel of record by e-mail.

*/s/Jennifer A. Huber*
Jennifer A. Huber

3

1779045

**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**

| | |
|---|---|
| ECOFACTOR, INC. | |
| Plaintiff, | Case No. 6:20-cv-00075-ADA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

## ECOFACTOR'S OBJECTIONS TO GOOGLE'S DEPOSITION DESIGNATIONS AND ECOFACTOR'S COUNTER DESIGNATIONS

Pursuant to the Court's procedures and Scheduling Order, Plaintiff EcoFactor, Inc.

("EcoFactor") hereby discloses its counter-designations to Defendant Google LLC's ("Google")

initial deposition designations, attached hereto as Exhibit A.

EcoFactor also objects to Google's deposition designations under Federal Rule of Civil

Procedure 32(a) to the deposition testimony of Glen Okita because he testified as corporate

designee on behalf of EcoFactor and is available to testify at trial. Accordingly, the Court should

allow Mr. Okita to testify at trial to matters within the corporate knowledge to which he testified

in deposition in lieu of allowing the reading or playing into evidence his Rule 30(b)(6)

deposition testimony. *See, e.g.*, *Jackson v. Chevron Chem. Co.*, 679 F.2d 463 (5th Cir. 1982)

(rejecting argument that district court erred in refusing to admit deposition testimony of witness

who was present at trial); *Gonzalez Prod. Sys., Inc. v. Martinrea Int'l Inc.*, 310 F.R.D. 341, 344

(E.D. Mich. 2015) (concluding that "Rule 32(a)(3) precludes an opposing party from presenting

the deposition of a party or its agent at trial as opposed to calling such individual to provide

direct testimony"). Allowing Google to introduce EcoFactor's witness's Rule 30(b)(6) testimony

through deposition would "undermine the general 'preference for live testimony' and the

'importance of cross-examination'" and would "undermine th[e] Court's ability to efficiently run

[the] trial." *Id.* (quoting *White v. Illinois*, 502 U.S. 346, 356 (1992)).

EcoFactor's counter-designations are made for purposes of completion or to address

issues raised for the first time by Google's deposition designations. EcoFactor reserves the right

to make additional counter-designations that are responsive to any supplemental designations

submitted by Google, including both separate designations responsive to those submitted by

Google as well as supplemental designations necessary for completeness of those submitted by

Google. To the extent that Google intends or attempts to rely on evidence and/or to make

2

different or additional arguments from those timely disclosed by Google, EcoFactor may further supplement or amend its counter-designations and objections or move to strike the designations submitted by Google. Additionally, EcoFactor's counter-designations and objections are based on the current status of the case, including the witness list Google has disclosed.

EcoFactor reserves the right to supplement, amend, or withdraw counter-designations and objections in light of any future rulings by the Court or other evidentiary objections raised by the parties prior to trial. Further, these counter-designations are made subject to EcoFactor's objections to Google's attempt to introduce certain evidence, including as set forth in EcoFactor's motions *in limine*. EcoFactor's inclusion of certain counter-designations does not waive and is explicitly subject to EcoFactor's objections to the admission of certain related evidence and constitutes a reservation of rights to present the designated testimony at trial if EcoFactor's motions *in limine* are not granted. In addition, EcoFactor's inclusion of any counter-designation is not an admission that the testimony is relevant or admissible for all purposes or under any circumstances, nor is it an admission that it would be admissible if offered by Google. EcoFactor reserves all rights to object to Google's use of any deposition testimony listed herein.

EcoFactor's counter-designations do not constitute or reflect any commitment that EcoFactor will present deposition testimony at trial from any particular witness or that it will present the entirety of its counter-designations for any witness. EcoFactor's counter-designations and objections also do not constitute or reflect a waiver of any evidentiary objection or an admission by EcoFactor that any particular testimony by any witness should be admitted at trial.

Date: December 22, 2021

Respectfully submitted,

/s/ Reza Mirzaie

Reza Mirzaie
Marc A. Fenster
Paul A. Kroeger
James N. Pickens
Kristopher R. Davis
Minna Y. Chan
Matthew Aichele
Adam S. Hoffman
Jason M. Wietholter
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: 310-826-7474
Fax: 310-826-6991
rak_ecofactor@raklaw.com

**_Attorneys for Plaintiff EcoFactor, Inc_**

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document is being served upon counsel of record for Defendant on

December 22, 2021 via electronic service.


*/s/ Reza Mirzaie*

Reza Mirzaie

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC.,<br><br>     Plaintiff,<br><br> v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Civil Action No. 6:20-cv-00075 (ADA) |

## GOOGLE'S OBJECTIONS AND COUNTER-COUNTER-DESIGNATIONS TO ECOFACTOR'S DEPOSITION COUNTER-DESIGNATIONS

Pursuant to the Court's procedures and Scheduling Order, Defendant Google LLC ("Google") hereby discloses its objections and counter-counter-designations to Plaintiff EcoFactor, Inc.'s ("EcoFactor") deposition counter-designations, attached hereto as Attachment A.

EcoFactor has not provided counter-designations to Google's designations of the depositions of Michael Brown, Timothy Clark, Adam Grant, Shayan Habib (May 14, 2020, June 19, 2020, September 15, 2021, and September 16, 2021), and so Google has not provided any corresponding objections or counter-counter-designations.  To the extent that EcoFactor is later permitted to provide counter-designations, Google reserves the right to lodge objections and make counter-counter-designations to any untimely counter-designations.

Google's counter-counter-designations provided here with its objections are made for purposes of completeness or to address issues raised for the first time by EcoFactor's deposition counter-designations.  To the extent that EcoFactor intends or attempts to rely on evidence and/or to make different or additional arguments from those timely disclosed by EcoFactor, Google may further supplement or amend its counter-counter-designations and objections or move to strike the additional counter-designations submitted by EcoFactor.  Additionally, Google's counter-counter-designations and objections are based on the current status of the case, including the witness list EcoFactor has disclosed.

Google reserves the right to supplement, amend, or withdraw counter-counter-designations and objections in light of any future rulings by the Court or other evidentiary objections raised by the parties prior to trial.  Further, these counter-counter-designations are made subject to Google's objections to EcoFactor's attempt to introduce certain evidence, including as set forth in Google's motions *in limine*.  Google's inclusion of certain counter-

counter-designations does not waive and is explicitly subject to Google's objections to the admission of certain related evidence and constitutes a reservation of rights to present the designated testimony at trial if Google's motions *in limine* are not granted.  In addition, Google's inclusion of any counter-counter-designation is not an admission that the testimony is relevant or admissible for all purposes or under any circumstances, nor is it an admission that it would be admissible if offered by EcoFactor.  Google reserves all rights to object to Plaintiff's use of any deposition testimony listed herein.

Google's counter-counter-designations and objections do not constitute or reflect any commitment that Google will present deposition testimony at trial from any particular witness or that it will present the entirety of its designations for any witness.  Google's counter-counter-designations and objections also do not constitute or reflect a waiver of any evidentiary objection or an admission by Google that any particular testimony by any witness should be admitted at trial.

///

1783880

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Dated:  December 29, 2021

By: *s/Patrick E. Murray*

Shamita Etienne-Cummings
(*admitted to the Western District of Texas*)
Allen & Overy LLP
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 683-3810
GoogleEcofactorWDTX@AllenOvery.com

ROBERT A. VAN NEST
LEO L. LAM
EUGENE M. PAIGE
R. ADAM LAURIDSEN
JENNIFER A. HUBER
KRISTIN HUCEK
PATRICK E. MURRAY
ANNA PORTO
GREGORY WASHINGTON
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188
econest-kvp@keker.com

Bijal V. Vakil
(*admitted to the Western District of Texas*)
Eric Lancaster (admitted *Pro Hac Vice*)
Allen & Overy LLP
530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301
Telephone: (650) 388-1703
GoogleEcofactorWDTX@AllenOvery.com

POTTER MINTON
Michael E. Jones (TX Bar No. 10929400)
mikejones@potterminton.com
Patrick C. Clutter (TX Bar No. 24036374)
patrickclutter@potterminton.com
110 N. College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

Attorneys for Defendant
GOOGLE LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 29, 2021, the foregoing was served on all counsel of record by e-mail.

*s/Patrick E. Murray*
Patrick E. Murray

1783880

*EcoFactor, Inc. v. Google LLC*

Civil Action No. 6:20-cv-00075 (ADA)

**Attachment A**

**Google's Objections and Counter-Designations to EcoFactor's Counter-Designations**

| Abbreviations | Deposition Objections |
|---|---|
| R | Relevance (FRE 401) |
| LF | Lacks foundation |
| H | Hearsay (FRE 802) |
| A | Authentication (FRE 901) |
| 403 | Rule 403 (unduly prejudicial/inflammatory/confusing/waste of time/misleading) |
| P | Privileged |
| C | Rule of Completeness |
| 404(a) | Rule 404(a) (character evidence) |
| 1006 | Rule 1006 (summary of voluminous documents) |
| OR | Original Required (FRE 1002) |
| MIL/Daubert | Subject to MIL/Daubert |
| LP | Limited Purpose Only (FRE 105) |
| IER | Inadmissible expert report |
| UCDR/UCFR | Uncertified domestic or foreign record (FRE 902(11) & 902(12)) |
| 32(a) | FRCP 32(a) (does not comply with restrictions on use of depo testimony) |
| PK | Personal knowledge (FRE 602) |
| DO | Subject to objection to form of deposition question |
| 701 | Opinion testimony by lay witness (FRE 701) |
| 30(b)(6) | Outside the scope of the 30(b)(6) topics |

| Deposition of Michael Brown September 10, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 11:24-12:5 | | | |
| 12:12-16 | | | |
| 13:4-6 | | | |
| 13:23-14:6 | | | |
| 14:17-19 | | | |
| 15:9-25 | | | |
| 17:5-24 | | | |
| 19:8-10 | | | |
| 19:15 | | | |
| 19:21-20:2 | | | |
| 20:4-6 | | | |
| 20:14-20 | | | |
| 21:2-6 | | | |
| 29:21-24 | | | |
| 30:7-13 | | | |
| 30:20-31:21 | | | |
| 32:1-33:12 | | | |
| 35:15-37:3 | | | |
| 39:21-40:3 | | | |
| 40:11-16 | | | |
| 41:1-42:5 | | | |
| 42:18-21 | | | |
| 43:1-12 | | | |
| 44:9-14 | | | |
| 44:18-19 | | | |
| 45:3-47:18 | | | |
| 49:17-51:7 | | | |
| 52:13-25 | | | |
| 54:21-56:16 | | | |
| 56:20-58:17 | | | |

| Deposition of Michael Brown September 10, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 59:14-61:4 | | | |
| 62:8-64:22 | | | |
| 64:25-65:21 | | | |
| 65:25-66:13 | | | |
| 67:1-8 | | | |
| 69:19-23 | | | |
| 72:11-18 | | | |
| 72:22-73:13 | | | |
| 75:3-16 | | | |
| 76:2-9 | | | |
| 76:15-77:6 | | | |
| 77:16-78:2 | | | |
| 78:14-20 | | | |
| 78:22-79:3 | | | |

| Deposition of Timothy Scott Clark September 8, 2021 | | | |
|---|---|---|---|
| Google Designations | EcoFactor Objections | EcoFactor Counter-Designations | Google Objections |
| 11:9-11:15 | | | |
| 11:21-11:24 | | | |
| 17:7-17:12 | | | |
| 17:14-17:14 | | | |
| 17:16-17:18 | | | |
| 21:7-23:11 | | | |
| 24:16-26:22 | | | |
| 26:25-27:11 | | | |
| 28:20-28:25 | | | |
| 29:22-30:3 | | | |
| 31:11-31:23 | | | |
| 32:2-32:2 | | | |
| 32:7-32:7 | | | |
| 32:9-32:18 | | | |
| 33:7-34:23 | | | |
| 37:2-37:25 | | | |
| 38:5-38:13 | | | |
| 41:1-41:7 | | | |
| 41:12-44:13 | | | |
| 45:11-46:5 | | | |
| 49:5-49:7 | | | |
| 49:18-49:24 | | | |
| 50:21-52:8 | | | |
| 52:22-52:24 | | | |
| 56:15-57:8 | | | |
| 67:22-67:23 | | | |
| 67:25-69:13 | | | |
| 69:24-70:23 | | | |
| 71:3-74:6 | | | |
| 75:25-76:16 | | | |

| Deposition of Timothy Scott Clark September 8, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 76:19-77:14 | | | |
| 79:20-81:11 | | | |
| 83:2-84:6 | | | |
| 86:10-86:17 | | | |
| 87:3-88:2 | | | |
| 88:6-89:24 | | | |
| 101:14-101:20 | | | |
| 102:7-102:15 | | | |
| 106:22-106:23 | | | |
| 107:2-107:11 | | | |
| 107:18-107:24 | | | |
| 109:5-109:13 | | | |
| 115:20-116:3 | | | |
| 118:17-118:23 | | | |
| 119:2-121:16 | | | |
| 121:18-122:11 | | | |
| 123:10-124:25 | | | |
| 125:3-125:4 | | | |
| 125:6-126:25 | | | |
| 128:8-129:2 | | | |
| 129:7-133:1 | | | |
| 135:11-136:11 | | | |
| 136:19-137:15 | | | |
| 138:6-140:7 | | | |

| Deposition of Adam Grant September 10, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 12:22-13:4 | | | |
| 13:7-13:12 | | | |
| 13:18-13:21 | | | |
| 15:13-15:20 | | | |
| 16:8-16:10 | | | |
| 17:8-17:16 | | | |
| 17:22-17:23 | | | |
| 18:3-18:22 | | | |
| 19:12-20:5 | | | |
| 20:20-22:21 | | | |
| 24:14-24:20 | | | |
| 24:25-25:16 | | | |
| 25:21-26:2 | | | |
| 26:8-27:16 | | | |
| 27:19-30:4 | | | |
| 30:8-31:25 | | | |
| 32:10-33:6 | | | |
| 33:14-34:15 | | | |
| 34:21-35:25 | | | |
| 36:4-36:15 | | | |
| 36:21-39:8 | | | |
| 39:11-39:21 | | | |
| 40:1-40:21 | | | |
| 40:23-40:25 | | | |
| 41:4-43:12 | | | |
| 43:15-43:25 | | | |
| 44:5-44:25 | | | |
| 45:13-47:8 | | | |
| 47:11-48:14 | | | |
| 48:18-48:20 | | | |

| Deposition of Adam Grant September 10, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 48:24-51:13 | | | |
| 51:18-51:25 | | | |
| 52:5-53:10 | | | |
| 53:23-54:4 | | | |
| 54:7-54:14 | | | |
| 54:17-56:4 | | | |
| 56:6-57:3 | | | |
| 57:9-57:25 | | | |
| 73:10-74:19 | | | |

| Deposition of Deponent Shayan Habib May 14, 2020 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 16:7-9 | | | |
| 16:25-17:4 | | | |
| 17:9-18 | | | |
| 18:2-4 | | | |
| 18:8-10 | | | |
| 24:3-5 | | | |
| 25:5-26:4 | | | |
| 29:21-22 | | | |
| 40:2-19 | | | |
| 53:2-7 | | | |
| 55:2-6 | | | |
| 55:25-56:8 | | | |
| 59:19-60:18 | | | |
| 79:19-24 | | | |
| 80:5-21 | | | |
| 84:12-19 | | | |
| 87:3-20 | | | |
| 88:24-89:1 | | | |
| 89:3-20 | | | |
| 91:16-92:1 | | | |
| 98:9-99:16 | | | |
| 100:1-18 | | | |
| 112:18-113:9 | | | |
| 114:15-115:14 | | | |
| 115:18-25 | | | |
| 123:14-25 | | | |
| 147:5-149:17 | | | |
| 150:3-13 | | | |
| 151:4-153:7 | | | |
| 154:10-13 | | | |

| Deposition of Deponent Shayan Habib May 14, 2020 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 157:19-22 | | | |
| 158:5-7 | | | |
| 158:14-159:1 | | | |
| 159:12-19 | | | |
| 159:24-160:15 | | | |
| 160:23-23 | | | |
| 160:25-161:2 | | | |
| 161:4-22 | | | |
| 161:24-162:8 | | | |
| 162:10-12 | | | |
| 162:14-25 | | | |
| 163:2-2 | | | |
| 163:4-9 | | | |
| 163:11-17 | | | |
| 163:19-164:1 | | | |
| 170:21-25 | | | |
| 173:3-3 | | | |
| 173:5-7 | | | |
| 173:16-20 | | | |
| 174:2-176:20 | | | |
| 177:8-14 | | | |
| 177:24-178:3 | | | |
| 184:10-16 | | | |
| 187:7-9 | | | |
| 188:3-5 | | | |
| 188:14-16 | | | |
| 197:6-25 | | | |
| 198:2-10 | | | |
| 198:12-200:10 | | | |
| 216:10-11 | | | |

| Deposition of Deponent Shayan Habib May 14, 2020 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 216:13-218:17 | | | |
| 218:19-219:1 | | | |
| 219:3-4 | | | |
| 219:7-14 | | | |
| 219:16-19 | | | |
| 222:3-18 | | | |
| 230:6-231:3 | | | |
| 232:19-21 | | | |
| 269:15-21 | | | |
| 270:6-14 | | | |
| 293:25-294:5 | | | |
| 294:12-14 | | | |
| 294:16-296:3 | | | |
| 296:6-25 | | | |
| 306:20-307:3 | | | |
| 308:25-309:2 | | | |
| 309:4-13 | | | |
| 309:15-310:2 | | | |
| 312:8-313:8 | | | |
| 313:11-18 | | | |
| 313:20-314:1 | | | |

| Deposition of Shayan Habib June 19, 2020 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 325:8-11 | | | |
| 337:3-12 | | | |

| Deposition of Shayan Habib September 15, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 17:3-17:4 | | | |
| 17:6-17:8 | | | |
| 18:12-18:18 | | | |
| 19:10-19:15 | | | |
| 19:23-20:20 | | | |
| 23:6-23:23 | | | |
| 37:3-37:17 | | | |
| 37:19-37:21 | | | |
| 41:22-41:24 | | | |
| 42:2-42:14 | | | |
| 43:21-44:11 | | | |
| 44:14-44:18 | | | |
| 45:6-45:6 | | | |
| 45:8-45:25 | | | |
| 46:15-46:19 | | | |
| 60:19-61:2 | | | |
| 83:22-83:24 | | | |
| 85:24-85:25 | | | |
| 86:2-86:7 | | | |
| 103:3-103:19 | | | |
| 103:21-104:5 | | | |
| 104:11-105:21 | | | |
| 105:23-106:11 | | | |
| 108:2-108:6 | | | |
| 109:2-109:18 | | | |
| 109:20-110:3 | | | |
| 110:5-110:6 | | | |
| 110:8-110:14 | | | |
| 110:16-111:5 | | | |
| 111:7-111:19 | | | |

| Deposition of Shayan Habib<br>September 15, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor<br>Counter-Designations** | **Google Objections** |
| 111:22-112:2 | | | |
| 113:2-113:19 | | | |
| 114:1-114:5 | | | |
| 114:17-114:21 | | | |
| 115:15-115:18 | | | |
| 115:20-116:8 | | | |
| 116:17-117:2 | | | |
| 143:18-143:18 | | | |
| 143:20-145:14 | | | |
| 145:17-145:17 | | | |
| 145:19-145:23 | | | |
| 148:22-148:22 | | | |
| 150:2-150:19 | | | |
| 150:21-150:24 | | | |
| 151:2-151:18 | | | |
| 151:23-152:19 | | | |
| 152:23-152:23 | | | |
| 152:25-156:25 | | | |
| 157:2-157:18 | | | |
| 157:25-158:11 | | | |
| 158:21-158:21 | | | |
| 158:24-159:11 | | | |
| 161:13-161:25 | | | |
| 162:18-163:6 | | | |
| 163:11-164:7 | | | |
| 165:2-166:7 | | | |
| 166:20-167:9 | | | |
| 174:9-175:9 | | | |
| 176:16-176:16 | | | |
| 177:21-178:14 | | | |

| Deposition of Shayan Habib September 15, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 180:7-181:6 | | | |
| 181:23-181:25 | | | |
| 182:3-182:4 | | | |
| 182:6-182:6 | | | |
| 183:6-183:6 | | | |
| 183:8-185:7 | | | |
| 185:9-185:14 | | | |
| 185:16-185:19 | | | |
| 185:21-186:5 | | | |
| 186:7-186:9 | | | |
| 186:11-186:12 | | | |
| 186:14-186:20 | | | |
| 186:22-187:13 | | | |
| 187:16-187:19 | | | |
| 187:22-187:24 | | | |
| 189:16-191:11 | | | |
| 193:25-194:11 | | | |
| 196:22-196:22 | | | |
| 199:13-199:15 | | | |
| 200:2-200:5 | | | |
| 202:11-204:25 | | | |
| 205:3-205:23 | | | |
| 226:24-226:24 | | | |
| 231:19-231:24 | | | |
| 236:13-236:19 | | | |
| 236:22-237:3 | | | |
| 237:6-237:6 | | | |
| 237:8-237:20 | | | |
| 237:24-237:25 | | | |
| 238:2-238:10 | | | |

| Deposition of Shayan Habib September 15, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 238:12-238:13 | | | |
| 238:15-238:23 | | | |
| 251:8-251:8 | | | |
| 251:21-251:24 | | | |
| 254:5-254:21 | | | |
| 254:23-254:25 | | | |
| 255:2-255:6 | | | |
| 255:8-255:10 | | | |
| 255:13-255:21 | | | |
| 256:10-256:21 | | | |
| 257:2-257:8 | | | |
| 258:20-258:22 | | | |
| 258:24-259:7 | | | |
| 259:9-259:17 | | | |
| 259:19-260:3 | | | |
| 260:6-261:1 | | | |
| 261:3-263:6 | | | |
| 263:8-264:15 | | | |
| 264:17-264:23 | | | |
| 264:25-265:8 | | | |
| 265:10-265:14 | | | |
| 265:16-266:10 | | | |
| 266:12-266:23 | | | |
| 266:25-267:3 | | | |
| 267:12-267:18 | | | |
| 267:23-268:3 | | | |
| 268:6-268:6 | | | |
| 271:20-272:18 | | | |
| 272:23-273:13 | | | |
| 273:15-273:16 | | | |

| Deposition of Shayan Habib September 15, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 273:25-274:18 | | | |
| 274:20-274:24 | | | |
| 281:9-282:1 | | | |
| 282:7-283:2 | | | |
| 283:7-283:13 | | | |
| 283:15-284:7 | | | |
| 284:9-284:9 | | | |
| 284:11-284:20 | | | |
| 284:23-284:23 | | | |
| 285:2-285:5 | | | |
| 287:17-287:24 | | | |
| 288:1-288:12 | | | |
| 288:18-288:20 | | | |
| 288:22-288:24 | | | |
| 289:1-289:8 | | | |
| 289:10-289:19 | | | |
| 289:25-290:8 | | | |
| 290:10-290:19 | | | |
| 290:24-291:23 | | | |
| 291:25-292:2 | | | |
| 292:4-293:1 | | | |
| 294:8-294:9 | | | |
| 294:12-294:17 | | | |
| 294:20-294:21 | | | |
| 294:23-295:9 | | | |
| 295:11-295:12 | | | |
| 295:14-295:22 | | | |
| 296:1-296:20 | | | |
| 297:5-297:19 | | | |
| 297:22-297:25 | | | |

| Deposition of Shayan Habib September 15, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 298:2-298:7 | | | |
| 298:9-298:10 | | | |
| 298:12-298:13 | | | |
| 298:15-298:19 | | | |
| 298:21-298:25 | | | |
| 301:10-301:12 | | | |
| 301:15-301:23 | | | |
| 301:25-302:11 | | | |

| Deposition of Shayan Habib September 16, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 321:17-321:19 | | | |
| 321:25-322:19 | | | |
| 322:21-323:1 | | | |
| 323:3-323:5 | | | |
| 323:7-323:9 | | | |
| 323:11-323:12 | | | |
| 323:14-323:19 | | | |
| 325:17-325:23 | | | |
| 326:21-327:2 | | | |
| 327:18-329:2 | | | |
| 329:19-329:21 | | | |
| 329:23-330:1 | | | |
| 330:6-330:16 | | | |
| 330:19-330:23 | | | |
| 331:3-332:7 | | | |
| 332:12-332:15 | | | |
| 332:17-332:20 | | | |
| 332:22-333:1 | | | |
| 333:19-333:24 | | | |
| 337:8-337:24 | | | |
| 338:2-338:6 | | | |
| 338:9-338:9 | | | |
| 338:12-338:19 | | | |
| 339:11-340:2 | | | |
| 341:12-341:23 | | | |
| 341:25-342:3 | | | |
| 342:5-342:12 | | | |
| 342:14-342:17 | | | |
| 342:19-343:2 | | | |
| 343:4-343:11 | | | |

| Deposition of Shayan Habib September 16, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 343:13-343:19 | | | |
| 343:21-344:9 | | | |
| 344:22-344:23 | | | |
| 344:25-345:2 | | | |
| 345:4-346:23 | | | |
| 347:1-347:1 | | | |
| 347:3-347:7 | | | |
| 347:12-348:8 | | | |
| 348:10-349:5 | | | |
| 349:8-349:8 | | | |
| 349:12-350:2 | | | |
| 350:4-351:1 | | | |
| 351:3-351:3 | | | |
| 351:5-353:11 | | | |
| 353:13-357:20 | | | |
| 357:25-358:11 | | | |
| 358:13-358:19 | | | |
| 359:11-360:7 | | | |
| 360:12-361:4 | | | |
| 361:7-361:10 | | | |
| 361:25-362:2 | | | |
| 362:8-362:15 | | | |
| 362:17-362:22 | | | |
| 362:25-363:1 | | | |
| 363:3-363:6 | | | |
| 363:8-363:13 | | | |
| 363:15-364:14 | | | |
| 364:18-365:4 | | | |
| 365:6-366:7 | | | |
| 366:22-367:11 | | | |

| Deposition of Shayan Habib September 16, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 367:13-367:25 | | | |
| 368:2-368:3 | | | |
| 368:5-368:15 | | | |
| 380:14-380:23 | | | |
| 380:25-381:1 | | | |
| 381:10-381:12 | | | |
| 384:17-384:18 | | | |
| 386:25-387:10 | | | |
| 415:18-415:18 | | | |
| 417:1-418:3 | | | |
| 422:17-422:17 | | | |
| 424:22-425:15 | | | |
| 425:17-425:18 | | | |
| 425:20-426:24 | | | |

| Deposition of Scott Hublou April 17, 2020 | | | |
|---|---|---|---|
| Google Designations | EcoFactor Objections | EcoFactor Counter-Designations | Google Objections |
| 10:12-10:20 | | 35:1-35:6 | LF, PK |
| 11:22-12:8 | | 42:2-42:13 | R, C, 403 |
| 16:9-16:13 | | 46:22-48:22 | R, 403 |
| 16:17-17:2 | | 49:25-50:20 | R, 403 |
| 17:18-17:23 | | 51:10-51:24 | R, 403 |
| 18:6-19:18 | | 52:23-53:19 | R, 403 |
| 20:3-21:8 | | 55:9-56:5 | R, 403, LF, PK |
| 21:13-25:9 | | 56:10-57:9 | R, 403, H |
| 26:15-28:13 | | 60:4-63:3 | R, 403, LF, PK, H |
| 29:20-34:25 | | 65:1-65:13 | R, 403, MIL/Daubert |
| 35:7-42:1 | | 68:21-69:25 | R, 403, MIL/Daubert |
| 45:21-46:21 | | 71:20-74:6 | R, 403, PK, MIL/Daubert |
| 48:23-49:24 | | 79:1-79:17 | R, 403, MIL/Daubert |
| 50:21-51:9 | | 84:4-86:24 | R, 403, LF, PK, H, MIL/Daubert |
| 53:20-55:8 | | 88:5-88:9 | R, 403, LF, PK |
| 56:6-56:9 | | 88:19-89:1 | R, 403, LF, PK |
| 57:10-57:21 | | 97:5-98:9 | R, 403, LF, PK, H |
| 71:2-71:19 | | 100:7-102:2 | R, 403, LF, PK, H |
| 78:14-78:25 | | 106:1-106:16 | R, 403, LF, PK |
| 79:18-80:10 | | 108:12-111:2 | R, 403, LF, PK, H |
| 83:22-84:3 | | 117:21-120:23 | R, 403 |
| 86:25-88:4 | | 126:1-127:6 | R, 403, LF, PK, C, H |
| 88:10-88:18 | | 129:22-131:2 | R, 403, LF, PK, H |
| 89:2-89:9 | | 142:6-142:24 | R, 403, LF, PK, H |
| 99:21-100:6 | | 162:4-162:13 | 403 |
| 105:12-105:25 | | 166:11-166:20 | R, 403 |
| 106:19-108:11 | | 171:12-171:22 | R, 403 |
| 127:7-127:14 | | 186:6-186:11 | R, 403 |
| 128:1-128:2 | | 186:15-187:13 | R, 403 |
| 128:7-128:8 | | 217:18-219:11 | R, 403 |

| Deposition of Scott Hublou April 17, 2020 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 128:11-128:14 | | 220:11-223:17 | R, 403 |
| 128:19-128:22 | | 230:5-230:11 | R, 403, PK, LF |
| 129:3-129:21 | | 244:12-245:22 | R, 403, PK, LF |
| 146:15-146:20 | | 245:25-246:7 | R, 403 |
| 148:21-150:8 | | 249:10-249:25 | R, 403, H |
| 162:1-162:3 | | 250:4-250:9 | R, 403 |
| 166:1-166:10 | | | |
| 166:21-166:24 | | | |
| 171:3-171:11 | | | |
| 186:12-186:14 | | | |
| 219:12-220:10 | | | |
| 223:18-223:21 | | | |
| 226:20-227:14 | | | |
| 231:13-234:24 | | | |
| 244:7-244:11 | | | |
| 245:23-245:24 | | | |
| 246:8-246:19 | | | |
| 250:10-250:23 | | | |

| Deposition of Scott Hublou August 10, 2021 | | | |
|---|---|---|---|
| Google Designations | EcoFactor Objections | EcoFactor Counter-Designations | Google Objections |
| 9:8-9:13 | | 18:7-18:8 | R, 403 |
| 9:18-9:20 | | 19:20-20:11 | R, 403, H |
| 10:23-11:1 | | 24:22-25:2 | R, 403, LF, PK |
| 13:4-13:5 | | 56:1-56:17 | R, 403, 701 |
| 13:8-13:17 | | 87:2-87:4 | R, 403 |
| 14:1-14:4 | | 87:15-88:14 | 403 |
| 16:15-17:5 | | 88:21-89:17 | 403 |
| 18:4-18:6 | | 101:12-101:13 | R, 403 |
| 18:9-19:19 | | 102:16-103:1 | R, 403 |
| 20:12-21:7 | | 106:22-106:25 | |
| 22:7-22:9 | | 118:11-118:15 | 403 |
| 24:2-24:21 | | 120:20-120:20 | R, 403 |
| 25:3-25:8 | | 122:18-122:19 | R, 403 |
| 25:17-26:14 | | 124:6-124:9 | R, 403, LF, PK |
| 29:3-29:6 | | 126:13-126:14 | |
| 55:3-55:25 | | 126:23-127:19 | |
| 56:18-58:10 | | 127:25-128:10 | R, 403, MIL/Daubert |
| 86:21-87:1 | | 128:15-128:18 | 403 |
| 87:5-87:14 | | 128:22-128:22 | R, 403 |
| 88:15-88:20 | | 129:7-129:14 | R, 403 |
| 89:18-90:8 | | 130:22-130:22 | R, 403 |
| 100:23-101:11 | | 141:2-141:7 | R, 403 |
| 101:14-101:18 | | 141:12-141:20 | R, 403, C |
| 101:20-102:15 | | 147:14-147:14 | R, 403 |
| 103:2-103:15 | | 143:12-154:1 | R, 403, 701 |
| 104:4-104:7 | | 154:19-163:1 | R, DO, LF, PK, H, 403, 701 |
| 105:12-105:19 | | 163:8-164:1 | R, LF, PK, 403 |
| 106:5-106:21 | | 164:23-171:21 | R, LF, PK, H, 403, DO, MIL/Daubert |
| 118:9-118:10 | | 172:22-173:7 | R, LF, PK, 403, MIL/Daubert |
| 118:16-120:19 | | 175:9-175:13 | R, 403 |

23

| Deposition of Scott Hublou August 10, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 120:21-120:21 | | 175:23-176:11 | R, 403, DO |
| 122:20-124:1 | | 177:23-180:10 | R, C, 403, H, DO, 701 |
| 124:3-124:5 | | 181:8-184:9 | R, 701, 403 |
| 124:10-124:14 | | 185:3-189:3 | R, LF, 403, 701, MIL/Daubert |
| 124:17-125:20 | | 192:10-195:11 | R, LF, 403, 701, MIL/Daubert |
| 126:15-126:22 | | 196:5-197:25 | R, LF, 403, 701, MIL/Daubert, H |
| 127:20-127:24 | | 198:17-199:10 | R, LF, 403, 701, MIL/Daubert |
| 128:11-128:14 | | | |
| 128:19-128:21 | | | |
| 128:23-128:24 | | | |
| 129:2-129:6 | | | |
| 129:15-130:21 | | | |
| 130:23-131:3 | | | |
| 131:5-131:17 | | | |
| 133:8-133:16 | | | |
| 136:1-136:16 | | | |
| 137:19-138:1 | | | |
| 139:11-141:1 | | | |
| 141:8-141:11 | | | |
| 141:23-141:25 | | | |
| 147:5-147:13 | | | |
| 147:15-148:15 | | | |
| 148:17-148:23 | | | |
| 153:7-153:11 | | | |
| 163:2-163:7 | | | |
| 164:2-164:22 | | | |
| 171:22-172:21 | | | |
| 173:8-174:22 | | | |
| 176:12-176:16 | | | |
| 177:14-177:22 | | | |

| Deposition of Scott Hublou August 10, 2021 | | | |
|---|---|---|---|
| Google Designations | EcoFactor Objections | EcoFactor Counter-Designations | Google Objections |
| 180:11-180:25 | | | |
| 189:15-192:9 | | | |
| 202:11-202:18 | | | |

| Deposition of Glen Yankit Kuo May 15, 2020 | | | | |
|---|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** | **Google's Counter-Counter-Designations** |
| 14:8-14:11 | | 17:10-17:17 | | |
| 15:1-15:3 | | 18:6-18:6 | | |
| 15:24-17:8 | | 18:23-18:23 | | |
| 17:24-18:5 | | 30:15-30:15 | | |
| 18:9-18:21 | | 41:7-41:14 | | |
| 19:1-19:4 | | 42:18-42:19 | | |
| 20:13-20:18 | | 43:21-43:21 | | |
| 29:23-30:11 | | 44:5-44:5 | | |
| 31:2-33:2 | | 56:24-57:1 | | |
| 34:24-35:19 | | 57:14-57:15 | | |
| 40:17-40:20 | | 58:9-58:12 | | |
| 40:24-41:5 | | 68:7-69:3 | | |
| 41:25-42:17 | | 70:1-70:3 | | |
| 42:20-42:21 | | 71:11-72:2 | C | 72:3-72:17 |
| 43:19-43:20 | | 83:19-83:19 | | |
| 43:22-44:4 | | 98:25-99:6 | | |
| 58:20-59:2 | | 132:9-132:11 | C | 132:12-132:17 |
| 60:23-62:3 | | 132:18-133:4 | C | 132:12-132:17 |
| 64:10-65:12 | | 136:14-136:16 | | |
| 74:10-78:14 | | 136:18-137:12 | | |
| 80:22-83:18 | | 138:1-138:10 | C | 138:11-138:22 |
| 83:20-84:2 | | 139:20-139:22 | C | 139:23-140:1 |
| 84:4-84:16 | | 156:16-156:16 | | |
| 86:5-86:19 | | 167:10-167:10 | | |
| 100:10-104:6 | | 215:10-215:12 | | |
| 105:17-106:16 | | 223:6-223:13 | | |
| 116:25-118:19 | | 228:25-229:2 | C, DO | 229:3-229:3 |
| 119:15-121:1 | | 229:4-229:6 | C, DO | 229:3-229:3 |
| 148:2-151:12 | | 256:11-256:17 | | |
| 154:1-156:15 | | 261:14-261:21 | | |
| 156:17-157:11 | | 262:13-262:14 | | |
| 164:23-167:9 | | | | |
| 167:11-167:16 | | | | |
| 170:18-171:7 | | | | |
| 180:18-181:19 | | | | |
| 181:21-184:24 | | | | |
| 194:1-198:22 | | | | |

| Deposition of Glen Yankit Kuo May 15, 2020 | | | | |
|---|---|---|---|---|
| Google Designations | EcoFactor Objections | EcoFactor Counter-Designations | Google Objections | Google's Counter-Counter-Designations |
| 199:24-200:9 | | | | |
| 201:8-202:14 | | | | |
| 206:8-207:4 | | | | |
| 211:12-212:24 | | | | |
| 239:2-242:21 | | | | |
| 243:18-247:7 | | | | |
| 247:11-248:7 | | | | |
| 248:12-248:20 | | | | |
| 249:2-249:4 | | | | |
| 249:8-250:18 | | | | |
| 250:24-251:16 | | | | |

| Deposition of Glen Okita<br>May 20, 2020 | | | |
| --- | --- | --- | --- |
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 11:6-11 | | 29:18-30:21 | R, 403, MIL/Daubert |
| 11:16-20 | | 37:14-38:14 | R, 403, PK, MIL/Daubert |
| 25:9-27:25 | | 43:10-45:25 | R, 403, PK, LF, MIL/Daubert |
| 28:4-14 | | 46:13-46:14 | R, 403 |
| 28:19-25 | | 46:17-46:19 | R, 403 |
| 29:9-17 | | 65:25-66:17 | R, 403 |
| 30:22-31:12 | | 70:10-70:20 | R, 403 |
| 33:14-16 | | 74:21-75:5 | R, 403, MIL/Daubert |
| 33:24-34:8 | | 125:13-126:13 | R, 403, MIL/Daubert |
| 36:10-37:2 | | 127:16-127:19 | R, 403, MIL/Daubert |
| 37:5-8 | | 161:2-161:7 | R, 403, MIL/Daubert |
| 38:15-39:11 | | 166:2-166:16 | R, 403, MIL/Daubert |
| 39:24-40:9 | | 172:14-173:1 | R, 403, MIL/Daubert, PK |
| 41:6-11 | | 173:24-175:15 | R, 403, MIL/Daubert, PK |
| 41:16-20 | | 181:2-182:12 | R, 403, MIL/Daubert |
| 41:24-42:15 | | 186:5-186:24 | R, 403, MIL/Daubert |
| 46:1-10 | | 236:22-237:16 | R, 403, MIL/Daubert |
| 48:12-23 | | 237:24-239:4 | R, 403, MIL/Daubert |
| 52:16-54:21 | | 246:4-247:13 | R, 403, MIL/Daubert |
| 58:25-59:6 | | | |
| 60:24-61:9 | | | |
| 61:11-62:14 | | | |
| 62:21-64:1 | | | |
| 64:10-65:24 | | | |
| 70:4-9 | | | |
| 70:21-25 | | | |
| 75:10-81:2 | | | |
| 81:9-82:24 | | | |
| 85:12-86:3 | | | |
| 86:8-10 | | | |

| Deposition of Glen Okita May 20, 2020 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 86:12-15 | | | |
| 86:17-24 | | | |
| 112:18-22 | | | |
| 116:4-122:6 | | | |
| 123:11-124:17 | | | |
| 125:4-12 | | | |
| 126:14-127:15 | | | |
| 128:2-18 | | | |
| 134:14-15 | | | |
| 134:17-23 | | | |
| 135:5-139:11 | | | |
| 140:12-25 | | | |
| 150:5-151:2 | | | |
| 151:13-152:3 | | | |
| 159:10-160:16 | | | |
| 161:22-162:18 | | | |
| 168:13-169:3 | | | |
| 170:15-171:10 | | | |
| 172:8-13 | | | |
| 173:2-23 | | | |
| 179:6-16 | | | |
| 190:17-191:24 | | | |
| 192:2-11 | | | |
| 198:6-22 | | | |
| 199:1-13 | | | |
| 202:15-18 | | | |
| 233:7-20 | | | |
| 236:3-21 | | | |
| 237:17-23 | | | |
| 244:2-20 | | | |

| Deposition of Glen Okita September 1, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 11:2-11:7 | | 39:25-40:13 | R, 403 |
| 11:14-11:16 | | 56:5-58:1 | R, 403, MIL/Daubert |
| 23:23-23:24 | | 61:24-64:3 | R, 403, MIL/Daubert |
| 24:4-25:4 | | 70:16-73:6 | R, 403, MIL/Daubert, PK |
| 25:11-26:12 | | 73:12-73:24 | R, 403, MIL/Daubert |
| 38:23-38:24 | | 87:3-88:2 | R, 403, MIL/Daubert |
| 39:2-39:24 | | 141:3-141:7 | R, 403, MIL/Daubert |
| 40:21-41:2 | | 194:19-194:20 | R, 403 |
| 41:18-41:22 | | 195:6-195:16 | R, 403, MIL/Daubert, PK |
| 58:1-59:6 | | 202:5-205:13 | R, 403, MIL/Daubert, LF, PK |
| 65:20-65:25 | | 222:24-223:17 | R, 403, MIL/Daubert, LF, PK |
| 70:6-70:15 | | 232:18-232:24 | R, 403, LF, PK |
| 73:7-73:11 | | 244:25-245:11 | R, 403, MIL/Daubert |
| 73:25-74:4 | | 245:22-245:24 | R, 403, MIL/Daubert |
| 81:15-81:22 | | 246:1-246:2 | R, 403, MIL/Daubert |
| 82:13-86:17 | | 253:18-253:21 | R, 403, MIL/Daubert |
| 88:3-89:10 | | 255:15-255:22 | R, 403, LF, PK |
| 140:12-141:2 | | 291:6-291:16 | R, 403 |
| 141:8-141:23 | | 292:13-292:14 | R, 403, MIL/Daubert |
| 145:15-146:25 | | | |
| 174:25-175:13 | | | |
| 176:5-176:13 | | | |
| 187:9-189:21 | | | |
| 194:11-194:18 | | | |
| 194:21-195:5 | | | |
| 205:15-206:7 | | | |
| 223:18-225:11 | | | |
| 225:20-229:6 | | | |
| 230:18-231:5 | | | |
| 231:7-232:17 | | | |

| Deposition of Glen Okita September 1, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 233:2-234:19 | | | |
| 237:5-237:24 | | | |
| 238:8-241:24 | | | |
| 242:3-242:4 | | | |
| 242:6-242:24 | | | |
| 243:3-243:25 | | | |
| 244:5-244:24 | | | |
| 246:14-250:1 | | | |
| 250:17-250:24 | | | |
| 253:1-253:15 | | | |
| 260:13-260:14 | | | |
| 261:6-261:11 | | | |
| 266:8-266:17 | | | |
| 267:6-268:2 | | | |
| 291:17-292:12 | | | |
| 294:6-295:8 | | | |

| Deposition of Gianna Conci Orozco<br>December 9, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor<br>Counter-Designations** | **Google Objections** |
| 12:14-12:19 | | 14:21-14:24 | R, 403 |
| 12:24-13:4 | | 15:7-15:21 | R, 403 |
| 13:21-14:7 | | 37:19-38:5 | |
| 24:14-24:16 | | 75:21-75:22 | R |
| 26:12-26:19 | | 76:17-76:17 | R |
| 33:17-34:8 | | 90:1-90:4 | R |
| 34:24-34:25 | | 121:7-121:7 | R |
| 35:2-35:13 | | 136:9-136:16 | R |
| 35:23-36:4 | | | |
| 36:25-37:10 | | | |
| 40:22-40:25 | | | |
| 41:7-41:21 | | | |
| 42:2-43:9 | | | |
| 43:15-43:22 | | | |
| 45:3-45:20 | | | |
| 46:9-47:2 | | | |
| 47:13-47:14 | | | |
| 47:21-47:25 | | | |
| 48:2-48:4 | | | |
| 50:15-50:25 | | | |
| 52:1-52:2 | | | |
| 52:9-53:2 | | | |
| 53:5-54:3 | | | |
| 54:14-54:17 | | | |
| 54:22-54:24 | | | |
| 55:16-55:18 | | | |
| 56:9-60:9 | | | |
| 61:5-64:23 | | | |
| 65:2-66:3 | | | |
| 70:15-73:22 | | | |

| Deposition of Gianna Conci Orozco December 9, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 74:4-74:8 | | | |
| 74:13-74:14 | | | |
| 74:16-75:20 | | | |
| 75:25-76:9 | | | |
| 76:14-76:16 | | | |
| 76:18-76:18 | | | |
| 76:20-76:22 | | | |
| 90:20-91:1 | | | |
| 91:5-97:13 | | | |
| 97:22-97:22 | | | |
| 97:24-98:4 | | | |
| 98:10-98:16 | | | |
| 100:17-100:22 | | | |
| 101:2-101:9 | | | |
| 102:18-102:19 | | | |
| 103:2-103:10 | | | |
| 103:17-103:23 | | | |
| 108:10-111:1 | | | |
| 111:4-111:5 | | | |
| 111:7-111:10 | | | |
| 111:14-111:21 | | | |
| 113:18-113:19 | | | |
| 113:21-113:23 | | | |
| 114:12-114:22 | | | |
| 115:4-116:10 | | | |
| 116:12-116:14 | | | |
| 116:19-116:21 | | | |
| 118:3-121:6 | | | |
| 121:8-122:1 | | | |
| 122:11-123:25 | | | |

| Deposition of Gianna Conci Orozco December 9, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 124:18-127:2 | | | |
| 132:11-133:25 | | | |
| 134:6-134:25 | | | |
| 135:21-136:4 | | | |
| 136:17-138:14 | | | |
| 139:2-139:25 | | | |
| 142:21-143:17 | | | |

| Deposition of William Yu October 4, 2021 | | | |
|---|---|---|---|
| **Google Designations** | **EcoFactor Objections** | **EcoFactor Counter-Designations** | **Google Objections** |
| 11:10-11:21 | | 9:5-9:7 | R, 403, Daubert/MIL |
| 12:2-12:5 | | 10:16-10:23 | R, 403, Daubert/MIL |
| 13:4-13:6 | | 44:2-44:6 | R |
| 13:13-13:18 | | 45:2-45:12 | |
| 15:1-15:16 | | 50:8-50:17 | PK |
| 16:1-16:13 | | 52:1-52:8 | PK, LF |
| 16:20-16:25 | | 56:18-56:24 | |
| 17:6-18:18 | | | |
| 19:3-20:20 | | | |
| 20:25-22:12 | | | |
| 22:18-23:11 | | | |
| 23:15-23:18 | | | |
| 24:3-24:13 | | | |
| 24:18-25:1 | | | |
| 25:3-25:8 | | | |
| 25:15-25:16 | | | |
| 25:19-26:20 | | | |
| 27:3-28:17 | | | |
| 28:24-29:12 | | | |
| 30:1-31:11 | | | |
| 31:16-32:4 | | | |
| 32:7-32:9 | | | |
| 32:21-32:25 | | | |
| 33:3-33:6 | | | |
| 33:9-33:13 | | | |
| 36:16-37:15 | | | |
| 38:1-38:17 | | | |
| 38:24-41:2 | | | |
| 41:5-41:9 | | | |
| 41:12-43:15 | | | |

| Deposition of William Yu<br>October 4, 2021 | | | |
|---|---|---|---|
| Google Designations | EcoFactor Objections | EcoFactor<br>Counter-Designations | Google Objections |
| 43:23-44:1 | | | |
| 44:7-45:1 | | | |
| 45:13-45:23 | | | |
| 45:25-46:4 | | | |
| 46:8-49:10 | | | |
| 49:19-49:23 | | | |
| 50:2-50:7 | | | |
| 50:18-51:18 | | | |
| 52:9-53:1 | | | |
| 53:4-53:22 | | | |
| 53:25-55:21 | | | |
| 55:23-56:17 | | | |
| 56:25-57:25 | | | |
| 58:7-58:11 | | | |
| 58:15-59:24 | | | |
| 60:10-61:25 | | | |
| 62:21-63:20 | | | |
| 63:22-64:1 | | | |
| 64:7-65:8 | | | |