#### UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF TEXAS
#### WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 6:20-cv-00075 (ADA) |

### JOINT NOTICE IDENTIFYING REMAINING OBJECTIONS TO PRETRIAL DISCLOSURES AND DISPUTES ON MOTIONS IN LIMINE

Pursuant to the Court's Order Governing Proceedings and the parties' Joint Motion to Amend the Scheduling Order (Dkt. No. 172), Plaintiff EcoFactor, Inc. ("EcoFactor") and Defendant Google LLC ("Google") hereby provide this joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. On January 7, 2022, the parties filed the Joint Pretrial Order identifying disputed motions in *limine*. *See* Dkt. No. 169. The parties also filed various exhibits to the pretrial order and objections thereto.

Since the filing of the Joint Pretrial Order, the parties have provided a joint juror questionnaire and joint voir dire questions to the Court, resolving the parties' differences as to those documents. *See e.g.*, Dkt. No. 169, Exs. F-1, F-2, F-3, and F-4. The parties have continued to meet and confer regarding verdict forms and will submit a combined joint proposal to the Court tomorrow with any remaining disputes and objections noted in the submission. *See e.g.*, Dkt. No. 169, Exs. G-1 and G-2. The other objections to pretrial disclosures and the disputed motions in limine as identified in the parties' Joint Pretrial Order remain outstanding.

Respectfully submitted,

Dated: January 20, 2022

By: /s/ Reza Mirzaie
RUSS AUGUST & KABAT
Reza Mirzaie
Marc A. Fenster
Paul A. Kroeger
Kristopher Davis
Adam Hoffman
James Pickens
Minna Chan
Jason Wietholter
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: 310-826-7474
Fax: 310-826-6991
rak_ecofactor@raklaw.com

**Attorneys for Plaintiff EcoFactor, Inc.**

Dated: January 20, 2022

By: /s/ Patrick Murray
KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest
Leo L. Lam
Jennifer A. Huber
Kristin Hucek
Patrick E. Murray
Anna Porto
Gregory Washington
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
econest-kvp@keker.com

POTTER MINTON
Michael E. Jones (TX Bar No. 10929400)
mikejones@potterminton.com
Patrick C. Clutter (TX Bar No. 24036374)
patrickclutter@potterminton.com
110 N. College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

ALLEN & OVERY LLP
Shamita Etienne-Cummings
(*admitted to the Western District of Texas*)
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 683-3810
GoogleEcofactorWDTX@AllenOvery.com

Bijal V. Vakil
(*admitted to the Western District of Texas*)
Eric Lancaster (admitted *Pro Hac Vice*)
530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301
Telephone: (650) 388-1703
GoogleEcofactorWDTX@AllenOvery.com

**Attorneys for Defendant GOOGLE LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 20, 2022, the foregoing was served on all counsel of record by e-mail.

*/s/ Reza Mirzaie*
Reza Mirzaie