UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| ECOFACTOR, INC., | Civil Action No. 6:20-cv-00075 (ADA) |
|---|---|
| Plaintiff, | |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

**JOINT STATEMENT REGARDING CLAIM CONSTRUCTION**

In preparation for trial, the parties respectfully submit this Joint Statement Regarding Claim Construction to memorialize their understanding of the parties' agreed constructions and the Court's constructions of disputed terms. For clarity, this submission only includes constructions for terms within claims that are presently asserted.

The parties' agreed construction is as follows:

| Claim Term | Agreed Construction |
|---|---|
| "compares" ('327 patent, claim 1) | "analyze to determine one or more similarities or differences between" |

On December 8, 2020, the Court issued preliminary constructions addressing the parties' disputed constructions, all but one of which were accepted by the parties and formally adopted by the Court. *See* Email from R. Earle to Parties Regarding Preliminary Constructions (dated Dec. 9, 2020 and timestamped 12:40 pm CT). On December 9, 2020, the Court held oral argument regarding the remaining disputed term ("programmable thermostat"), which is no longer at issue because it appears only in claims that are no longer asserted. *See* Markman Hearing Tr. (Dec. 9, 2020). The Court's constructions of the disputed terms are as follows:

| Claim Term | Court's Construction |
|---|---|
| "rate of change in inside temperature" ('327 patent, claim 1); "rate of change in temperature inside the structure" ('327 patent, claim 5) | "the difference between inside temperature measurements divided by the span of time between the measurements" |
| "measurement[s]" ["measurement[s]"; "measurement of outside temperatures"; "temperature measurement inside a structure"; "temperature measurements from inside the structure"; "measurement of at least one characteristic of the building"; "measurement of the current outdoor temperature"] ('327 and '382 patents, all claims) | Plain and ordinary meaning |
| "outside temperature" ('327 patent, claim 1) | Plain and ordinary meaning |


Dated:  January 26, 2022

By: */s/ Reza Mirzaie*
RUSS AUGUST & KABAT
Reza Mirzaie
Marc A. Fenster
Paul A. Kroeger
Kristopher Davis
Adam Hoffman
James Pickens
Minna Chan
Jason Wietholter
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: 310-826-7474
Fax: 310-826-6991
rak_ecofactor@raklaw.com

**Attorneys for Plaintiff EcoFactor, Inc.**

Respectfully submitted,
Dated:  January 26, 2022

By: */s/  Robert A. Van Nest*
KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest
Leo L. Lam
Jennifer A. Huber
Kristin Hucek
Patrick E. Murray
Anna Porto
Gregory Washington
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188
econest-kvp@keker.com

POTTER MINTON
Michael E. Jones (TX Bar No. 10929400)
mikejones@potterminton.com
Patrick C. Clutter (TX Bar No. 24036374)
patrickclutter@potterminton.com
110 N. College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

ALLEN & OVERY LLP
Shamita Etienne-Cummings
(*admitted to the Western District of Texas*)
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 683-3810
GoogleEcofactorWDTX@AllenOvery.com

Bijal V. Vakil
(*admitted to the Western District of Texas*)
Eric Lancaster (admitted *Pro Hac Vice*)
530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301
Telephone: (650) 388-1703
GoogleEcofactorWDTX@AllenOvery.com

**Attorneys for Defendant Google LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 26, 2022, the foregoing was served on all counsel of record by e-mail.

<u>*/s/ Reza Mirzaie*</u>