# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC.,<br>　　　　*Plaintiff,* § § § | |
| -vs- § § | CASE NO. 6:20-CV-00075-ADA |
| GOOGLE LLC,<br>　　　　*Defendant.* § § § § | |

## ORDER CANCELING PRE-VOIR DIRE CONFERENCE

The video conference set in this matter for Thursday, January 27, 2022 at 1:30 p.m. **IS HEREBY CANCELED.**

**SIGNED this 26th day of January, 2022.**

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE