UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ECOFACTOR, INC. | § § | |
| vs. | § § | NO: WA:20-CV-00075-ADA |
| GOOGLE LLC | § § | |

ORDER

The jury trial proceedings having concluded in this case, it is hereby ORDERED that all exhibits introduced into evidence during the trial of said cause be returned to the party introducing them, pending any additional proceedings in this case.

SIGNED and ENTERED at Waco, Texas, this the 10th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE