**FILED**
February 10, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Jennifer Clark___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

ECOFACTOR, INC. §
§ CIVIL NO:
vs. § WA:20-CV-00075-ADA
§
GOOGLE LLC §

## EXHIBITS

| Exhibit | Description | Date Admitted |
|---|---|---|
|  | PLEASE SEE ATTACHED |  |

## ADMITTED EXHIBITS

| Joint Exhibits | Defendant's | Plaintiff's | |
| --- | --- | --- | --- |
| JX2 | DTX003 | PTX59 | PTX298 |
| JX3 | DTX004 | | PTX302 |
| | DTX005 | PTX82 | PTX315 |
| | DTX008 | PTX83 | PTX324 |
| | DTX015 | PTX94 | PTX409 |
| | DTX099 | PTX96 | PTX414 |
| | DTX103 | PTX97 | PTX415 |
| | DTX167 | PTX102 | PTX427 |
| | DTX168 | PTX103 | PTX441 |
| | DTX171 | PTX111 | |
| | DTX174 | PTX114 | PTX594 |
| | DTX207 | PTX174 | PTX654 |
| | DTX208 | PTX256 | PTX738 |
| | DTX209 | PTX257 | PTX915 |
| | DTX219 | PTX258 | PTX916 |
| | DTX224 | PTX263 | PTX919 |
| | DTX276 | PTX271 | PTX920 |
| | DTX282 | PTX272 | PTX923 |
| | DTX287 | PTX273 | PTX924 |
| | DTX665 | PTX277 | PTX925 |
| | DTX731 | PTX280 | PTX928 |
| | | PTX281 | PTX929 |
| | | PTX284 | PTX940 |
| | Def Physical | PTX292 | |
| | 1, 2, 3, 4 and 5 | PTX295 | |