**FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

February 10, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Jennifer Clark_____
DEPUTY

| | | |
|---|---|---|
| ECOFACTOR, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00075-ADA |
| | § | |
| GOOGLE LLC | § | |

## RECEIPT FOR DEFENDANT'S

XX   I hereby acknowledge receipt of the following exhibits introduced at the trial proceedings.

XX   These exhibits will be retained until the final disposition of the case.

Defendant's Physical Exhibits #1, 2, 3, 4 and 5

Defendant's Paper Copy of Admitted Exhibits

_____1/10/2022_____
DATE

_____Raira Abaya_____
ATTORNEY OR AGENT

_____
ATTORNEY OR AGENT