UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
February 11, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jennifer Clark_____
DEPUTY

| ECOFACTOR, INC. | § | |
|---|---|---|
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00075-ADA |
| | § | |
| GOOGLE LLC | § | |

# LIST OF WITNESSES

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| 1. Glen Okita | 1. Scott McGaraghan |
| 2. Scott Hublou - deposit. | 2. Eric Burger |
| 3. Erik de la Iglesia | 3. Joshua Buffum |
| 4. Marco Bonvini - deposit. | 4. Mark Malhotra |
| 5. Jeff Gleeson - deposit. | 5. James Maccoun |
| 6. Shayan Habib | 6. Timothy Clark - depo |
| 7. David Kennedy | 7. William Yu - depo |
| 8. John Palmer-Rebuttal | 8. Don Turnbull |
| 9. | 9. W. Todd Schoettelkotte |
| 10. | 10. Michael Brown - depo |
| 11. | 11. David Williams |
| 12. | 12. Ruchi Desai |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |