IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ECOFACTOR, INC. | § | |
| | § | |
| v. | § | CASE NO. 6:20-cv-00075[ADA] |
| | § | |
| GOOGLE LLC | § | JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY PATRICK MURRAY

Defendant Google LLC ("Defendant") hereby moves for Patrick Murray, formerly of Keker, Van Nest & Peters LLP, to be permitted to withdraw as counsel for Defendant in this case. The withdrawal of Patrick Murray will not delay this proceeding and will not prejudice any party. Defendant is represented by Keker, Van Nest & Peters LLP. None of the parties in this proceeding oppose the motion.

Defendant respectfully requests that the Court grant this Motion and enter an order permitting Patrick Murray to withdraw from this action as counsel for Defendant. Defendant further requests that the Court and all parties remove Patrick Murray from all service lists, including ECF service lists, and cease to serve him with orders, motions, discovery, and all other documents subject to service and/or notice in this proceeding.

|  | Respectfully submitted,<br>KEKER, VAN NEST & PETERS LLP |
|---|---|
| Dated:  February 25, 2022 | |
| | By: */s/ Leo L. Lam with permission,*<br>*by Michael E. Jones* |
| Shamita Etienne-Cummings<br>(*admitted to the Western District of Texas*)<br>Allen & Overy LLP<br>1101 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: (202) 683-3810<br>GoogleEcofactorWDTX@AllenOvery.com | ROBERT A. VAN NEST<br>LEO L. LAM<br>EUGENE M. PAIGE<br>R. ADAM LAURIDSEN<br>JENNIFER A. HUBER<br>KRISTIN HUCEK<br>ANNA PORTO<br>GREGORY WASHINGTON<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:  415 397 7188<br>econest-kvp@keker.com |
| Bijal V. Vakil<br>(*admitted to the Western District of Texas*)<br>Eric Lancaster (admitted *Pro Hac Vice*)<br>Allen & Overy LLP<br>530 Lytton Avenue, 2nd Floor<br>Palo Alto, CA 94301<br>Telephone: (650) 388-1703<br>GoogleEcofactorWDTX@AllenOvery.com | POTTER MINTON<br>Michael E. Jones (TX Bar No. 10929400)<br>mikejones@potterminton.com<br>Patrick C. Clutter (TX Bar No. 24036374)<br>patrickclutter@potterminton.com<br>110 N. College, Suite 500<br>Tyler, Texas 75702<br>Tel: 903-597-8311<br>Fax: 903-593-0846 |
| | Attorneys for Defendant GOOGLE LLC |