UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 6:20-cv-00075-ADA |

**DECLARATION OF KRISTOPHER DAVIS IN SUPPORT OF ECOFACTOR'S OPPOSED MOTION TO APPROVE FORM AND FOR ENTRY OF FINAL JUDGMENT**

I, Kristopher Davis, declare and state as follows:

1. I am a member of the State Bar of California and a partner at the firm of Russ August & Kabat, counsel of record for Plaintiff EcoFactor, Inc. in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of the Jury Verdict in this action, dated February 10, 2022.

3. Attached as **Exhibit B** is a true and correct copy of EcoFactor's proposed form of Final Judgment.

4. Attached as **Exhibit C** is a true and correct copy of the Supplemental Expert Report of David Kennedy Regarding Pre-judgment Interest, dated March 25, 2022.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on March 25, 2022 at Los Angeles, California.

*/s/ Kristopher Davis*