UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant.* | Case No. 6:20-cv-00075-ADA |

## FINAL JUDGMENT

In accordance with the jury verdict and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, it is hereby ORDERED and ADJUDGED that:

1. Claim 5 of U.S. Patent No. 8,738,327 ("the '327 patent") is infringed by Google;
2. Claim 5 of the '327 patent is not willfully infringed by Google;
3. Claims 2 and 12 of U.S. Patent No. 10,534,382 ("the '382 patent") are not infringed by Google;
4. Claim 5 of the '327 patent and claims 2 and 12 of the '382 patent are not invalid;
5. Claims 1, 2, 5, and 8 of U.S. Patent No. 8,412,488 are invalid for indefiniteness under 35 U.S.C. § 112;
6. Judgment is hereby entered in favor of EcoFactor and against Google in the lump sum of $20,019,300.00;
7. EcoFactor is further awarded prejudgment interest at the one-year Treasury Bill constant maturity rate, compounded annually, in the amount of $127,971;
8. EcoFactor is awarded post-judgment interest pursuant to 28 U.S.C. § 1961; and
9. EcoFactor shall be entitled to recover costs of court.

10. This FINAL JUDGMENT starts the time for filing any post-trial motions or appeal.

Signed this 26th day of May, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE