**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ECOFACTOR, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Civil Action No. 6:20-cv-00075 (ADA) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jennifer A. Huber is no longer associated with the law firm Keker, Van Nest and Peters LLP, and her appearance is hereby withdrawn as counsel for Defendant GOOGLE LLC.

Robert A. Van Nest, Leo L. Lam, Eugene M. Paige, R. Adam Lauridsen, Kristin Hucek, Anna Porto and Gregory Washington of Keker, Van Nest and Peters LLP remain as counsel for Defendant GOOGLE LLC.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Dated: May 27, 2022

By: s/Robert A. Van Nest

Shamita Etienne-Cummings
(*admitted to the Western District of Texas*)
Allen & Overy LLP
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 683-3810
GoogleEcofactorWDTX@AllenOvery.com

Bijal V. Vakil
(*admitted to the Western District of Texas*)
Eric Lancaster (admitted *Pro Hac Vice*)
Allen & Overy LLP
530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301
Telephone: (650) 388-1703
GoogleEcofactorWDTX@AllenOvery.com

ROBERT A. VAN NEST
LEO L. LAM
EUGENE M. PAIGE
R. ADAM LAURIDSEN
KRISTIN HUCEK
ANNA PORTO
GREGORY WASHINGTON
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
econest-kvp@keker.com

POTTER MINTON
Michael E. Jones (TX Bar No. 10929400)
mikejones@potterminton.com
Patrick C. Clutter (TX Bar No. 24036374)
patrickclutter@potterminton.com
110 N. College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

Attorneys for Defendant GOOGLE LLC

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 27, 2022, the foregoing was served on all counsel of record by e-mail.

*s/Robert A. Van Nest*
Robert A. Van Nest
