IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 6:20-cv-00075-ADA |

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

PLEASE TAKE NOTICE, that attorneys for Defendant Google LLC, Shamita D. Etienne-Cummings, James P. Gagen and Eric E. Lancaster, have moved their practices from the law firm of Allen & Overy to the law firm of Paul Hastings as of March 1, 2024.

All counsel are requested to send and serve copies of future pleadings, notices, and correspondence to the contact information provided below:

> Shamita D. Etienne-Cummings
> shamitaetienne@paulhastings.com
> James P. Gagen
> jamesgagen@paulhastings.com
> PAUL HASTINGS LLP
> 2050 M Street NW
> Washington, DC 20036
> Telephone: (202) 551-1700
>
> Eric E. Lancaster
> ericlancaster@paulhastings.com
> PAUL HASTINGS LLP
> 1117 S. California Avenue
> Palo Alto, CA  94304
> Telephone: (650) 320-1800
> Facsimile: (650) 320-1900

-1-

Dated: March 7, 2024                              Respectfully submitted,

                                                               By:  */s/ James P. Gagen*

Shamita D. Etienne-Cummings
(admitted to the Western District of Texas)
shamitaetienne@paulhastings.com
James P. Gagen (admitted *pro hac vice*)
jamesgagen@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1700

Michael E. Jones (TX Bar No. 10929400)
Shaun William Hassett (TX Bar No. 24074372)
POTTER MINTON PC
110 North College, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 531-3939
mikejones@potterminton.com
shaunhassett@potterminton.com

*Attorneys For Defendant Google LLC*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. Any documents filed under seal were served by email.

*/s/ James P. Gagan*
James P. Gagan
